UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-24105-CIV-KING

AFFCO NEW ZEALAND, LTD.,
*a foreign corporation*,

    Plaintiff/Counter-Defendant,

v.

AMERICAN FINE FOOD CORP.,
*a New York corporation*,

    Defendant/Counter-Claimant.          **FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO FILE PRE-TRIAL STIPULATION**

_____/

This action came on before the court sua sponte. It appearing that no pre-trial stipulation was filed on the date specified in the pre-trial order. The court, having considered the record and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the complaint be, and it is hereby dismissed for failure to comply with an order of this court, without prejudice to the plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for the plaintiff shall notify the Clerk of Court of this order of dismissal in order that the Clerk of Court will assign the newly filed case to the division of the undersigned Judge in accordance with the local rules pertaining thereto.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 2nd day of April, 2012.

/s/ James Lawrence King
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**David C. Brezina**
Ladas & Parry, LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604
312-427-1300
Email: dbrezina@ladas.net

**John Otto Sutton**
Jamerson Sutton & Surlas
2655 Le Jeune Road
Penthouse 2
Coral Gables, FL 33134
305-448-1295
Fax: 446-5236
Email: alex@jamersonsutton.com
*__Counsel for Plaintiff__*

**Autondria S. Minor**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Lathan, NY 12110
518-220-1850
Email: aminor@iplawusa.com

**Arlen L. Olsen**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Latham, NY 12110
518-220-1850
Fax: 480-655-9536
Email: aolsen@iplawusa.com

**Matthew Scott Nelles**
Broad and Cassel
One Financial Plaza
Suite 2700
Fort Lauderdale, FL 33394
954 764-7060
Fax: 954 761-8135
Email: mnelles@broadandcassel.com
***Counsel for Defendant***