UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| AFFCO New Zealand, Ltd., a Foreign corporation | CIVIL ACTION NO.: 1: 12-CV 21325 FAM |
| Plaintiff, | |
| vs. | |
| American Fine Foods Corp., a Florida corporation | |
| Defendant. | |

**NOTICE OF FILING SUMMONS**

Plaintiff AFFCO New Zealand, Ltd, ("AFFCO") by its attorneys John O. Sutton of Jamerson & Sutton LLP, and David C. Brezina, *pro hac vice*, of Ladas & Parry LLP respectfully files this Notice of Filing Summons in the above styled litigation, pursuant to F. R. Civ. P. 4.  This Summons is subject to being signed by the Clerk of the Court and containing the Court's Seal.

Dated: April 11, 2012

Respectfully submitted,

/s/ John O. Sutton
John O. Sutton
Florida Bar. No. 245380
alex@jamersonsutton.com
JAMERSON & SUTTON LLP
2655 Le Jeune Road
Penthouse 2
Coral Gables, FL 33134
Tel: (305) 448-1295
Fax: (305) 446-5236
Counsel for Plaintiff

Of Counsel:

David C. Brezina
Ladas & Parry LLP
224 S Michigan Ave.
Suite 1600
Chicago, IL 60604
(312) 427-1300