## UNDERTAKING

This Undertaking is made and given this ___10th___ day of ___JANUARY___ ,~~2005~~ 2006 (wa)
from American Fine Foods Corp., a corporation of Florida with offices at 3600 NW, 114th
Avenue, Miami, Florida 33178 (hereinafter "American") to AFFCO New Zealand Limited
(formerly AFFCO Exports Limited), a company of New Zealand with offices at State Highway
1, Horotiu, Waikato, New Zealand (hereinafter "AFFCO").

The undersigned, ___WISSAM   AMOUDI___ , declares that he/she is the
___PRESIDENT___ of American and is authorized to execute this Undertaking to
AFFCO in the name and on behalf of American.

A.       American has filed a United States trademark application bearing Serial No. 76/463007 to
register the trademark AFFCO & Design for the sale, distribution, export and import of a wide
variety of processed food products, including meat-related and complementary products such as
barbecue sauce, steak sauce and worcestershire sauce.  Such application was published by the
Trademark Office on January 25, 2005.

B.       AFFCO has filed an opposition to the registration of Application No. 76/463007, which
bears Opposition No. 91165988.

C.       American further acknowledges that it has used the trademark AFFCO on and in
connection with a meat product, namely corned beef, and is currently using the mark AFFCO on
and in connection with chicken Vienna sausage.

Undertaking   12/22/05                          1

AFFCO initial      American initial

AMER 510

Composite EXHIBIT " 1 "

D.     American and AFFCO wish to amicably resolve the conflict that has arisen and avoid further legal action.

E.     Upon and subject to each and every one of the following covenants, promises, conditions, warranties and actions by American, its officers, directors, agents, subsidiaries, affiliates, representatives, successors· and assigns, AFFCO agrees to withdraw, without prejudice, Opposition No. 91165988 against Application No. 76/463007 and the registration of the mark AFFCO & Design as depicted in said application:

1.     American warrants that· it is the applicant and· owner of· U.S. Trademark Application Serial No. 76/463007 and that it has the power and authority to make this Undertaking and to give the warranties and promises herein contained.

2.     American acknowledges and agrees that AFFCO is the owner of the trademark and trade name AFFCO and prior United States Registration No. 2474722 for meat and meat products.

3.     (i)     American shall, by no later than ~~December 30, 2005~~ January 23, 2006, file with the United States Trademark Office an amendment of Application No. 76/463007 and each and every other application and registration owned by American in the United States for the mark AFFCO or· any mark containing the mark AFFCO or the abbreviation AFF, to delete or expressly exclude all meat, fowl or fish and products containing meat, fowl or fish, in the form attached hereto as Exhibit A.

       (ii)    Upon American filing with the United States Trademark Office an amendment of Application No. 76/463007 in accordance with

Undertaking  12/22/05                              2

AFFCO Initial          American initial

subparagraph (i) above, and acceptable to AFFCO, AFFCO will file a Motion to Stay the opposition proceedings pending acceptance of the amendment of Application No. 76/463007 by the Trademark Office, in the form attached hereto as Exhibit B. Upon receipt by AFFCO of Notice of Entry of the Amendment by the Trademark Office, AFFCO agrees to file a Notice of Dismissal of Opposition No. 91165988 Without Prejudice, in the form attached hereto as Exhibit C.

(iii)   In the event the United States Trademark Office refuses to enter the amendment agreed to by AFFCO and American, or a mutually-agreed-upon modified amendment, American herewith affirms, and agrees to be bound by, all undertakings, covenants, promises, conditions, warranties, restrictions and limitations on American's use and registration of the mark AFFCO and Design set forth in this Undertaking. If and only upon such affirmation by American, and subject to the survival of all warranties and representations, covenants, promises and undertakings made and given herein by American to AFFCO, AFFCO agrees that it will dismiss the opposition without prejudice and allow Application No. 76/463007 to register with the recitation of services as stated in the application as of the effective date of this Undertaking.

January 23, 2006
~~January 16, 2006~~

(iv)   American shall, by no later than ~~December 30, 2005~~, file an amendment with the trademark office of each foreign country or countries, in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products and American owns an application or registration for the mark AFFCO or any mark containing

Undertaking 12/22/05                         3

AFFCO initial      American initial
_____        _____

AMER 512

the mark AFFCO or the abbreviation AFF, to delete or expressly exclude all meat, fowl or fish and products containing meat, fowl or fish.

4. American warrants and confirms that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it has ceased all use of the mark AFFCO and any mark similar to the word AFFCO and the abbreviation or derivative term AFF for meat, fowl or fish and any products containing meat, fowl or fish.

5. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never in the future distribute, market or sell meat, fowl or fish or products containing meat, fowl or fish bearing the name or mark AFFCO or any name or mark containing the term AFFCO or any term confusingly similar to the term AFFCO, including the abbreviation or derivative term AFF in any language. To carry out the full intent of this provision, American undertakes and agrees that in the United States and foreign country or countries, in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall promptly destroy all packaging, advertising and promotional materials of any kind bearing the trademark AFFCO for meat or meat products and further shall dispose of or destroy all existing inventory of products comprising or containing meat, fowl or fish within ninety (90) days following the signing of this Undertaking. American further agrees to provide a letter to AFFCO confirming that in the United States and foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat

AFFCO initial    American initial

AMER 513

products, all infringing packaging, advertising, and promotional materials for products containing or comprising meat, fowl or fish have been destroyed and that all meat, fowl and fish products in inventory have been disposed of or destroyed by no later than February 28, 2006.

6. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never in the future use or register the mark AFFCO or any mark containing the term AFFCO or any term confusingly similar to the term AFFCO or the abbreviation or derivative term AFF, in any language, for meat, fowl or fish or products containing meat, fowl or fish.

7. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall not use the mark AFFCO in a form, typestyle or design similar to the form, typestyle or design used by AFFCO, including but not limited to use of the device of a star (or stars) as illustrated in the example depicted in Exhibit D hereto. AFFCO has agreed not to object to the form and style of the mark AFFCO used by American for the goods described in Application 76/463007, as illustrated in Exhibits E, F and G hereto and made part of this Undertaking.

8. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never object to the use or registration by AFFCO of the name or mark AFFCO (either by itself or

AFFCO initial     American initial

AMER 514

in conjunction with a logo) for any meat or meat-related products, including but not limited to, products comprising or containing meat, fowl or fish. American further undertakes and agrees that it will not object to, attack, or seek to cancel any new application to register or registration by AFFCO for the mark AFFCO (either by itself or in conjunction with a logo or other literal elements) for meat or meat-related products, including products comprising or containing meat, fowl or fish, anywhere in the world.

9.      American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never use or register the term AFFCO or the abbreviation or derivative term AFF in any language as or in any business or trade name, domain name or other identification on a global communications network, including but not limited to, an e-mail address in association with the sale, advertising, distribution or marketing of meat, fowl or fish, or products containing meat, fowl or fish.

10.     American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never object to the use or registration by AFFCO of the name or mark AFFCO or any derivative or abbreviation thereof as or in a business or trade name, domain name or other identification on a global communications network, including, but not limited to, an e-mail address.

11.     American warrants that no provision or term of this Undertaking prevents American from continuing to use the mark AFFCO on and in connection with

AFFCO initial        American initial

AMER 515

meat-related and complementary products such as barbecue sauce, steak sauce and worcestershire sauce in the United States or any foreign country.

12.  American warrants that it is not related to Chiquita Processed Foods, L.L.C.

13.  For purposes of this Undertaking, American acknowledges and agrees that AFFCO currently owns a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, in the territories listed in Exhibit H hereto and made a part of this Undertaking.

14.  Notwithstanding any other provision of this Undertaking, American undertakes and agrees not to challenge or hinder AFFCO's use, continuing use, or registration of the mark AFFCO (either by itself or in conjunction with a logo) in the Middle East in relation to meat, fowl or fish, or products containing meat, fowl or fish.

15.  This Undertaking is given and intended to be effective worldwide.

16.  In the event of any dispute arising out of this Undertaking, the laws of the State of Florida, United States of America shall govern, and the state or federal courts in Florida shall have jurisdiction, as applicable.

//

//

//

Undertaking   12/22/05                          7                    AFFCO initial      American initial

AMER 516

17.   This Undertaking may not be modified or amended, except by a writing signed by all parties.

Executed this ___10th___ day of ___JANUARY_____, ~~2005~~ 2006 at ___

American Fine Food Corp._____.

AMERICAN FINE FOODS CORP.

By: _____ Wissam Amoudi
                          Name

Title: President_____
                          Title

Corporate Seal:

Accepted and Agreed to:

AFFCO NEW ZEALAND LIMITED
(formerly AFFCO Exports Limited)

By: ___WILLIAM M RALPH___
                 Name

Title: ___COMPANY SECRETARY___
                          Title

AFFCO initial        American initial

___WA___          _____

AMER 517

<u>EXHIBIT A</u>
TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

AMER 518

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Application No. 76/463007
for the Trademark: **AFFCO & DESIGN**
Filed: September 24, 2002
Published in the *Official Gazette* on January 25, 2005

<table>
<tr><td colspan="2">CERTIFICATE OF MAILING</td></tr>
<tr><td colspan="2">I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First-class mail in an envelope addressed to:<br>Commissioner for Trademarks<br>2900 Crystal Drive<br>Arlington, Virginia 22202-3514</td></tr>
<tr><td colspan="2">(Typed or Printed Name of Person Signing Certificate)</td></tr>
<tr><td>(Signature)</td><td></td></tr>
<tr><td>(Date)</td><td></td></tr>
</table>

AFFCO NEW ZEALAND LIMITED,                    )
                                              )
            Opposer                           )
                                              )
v.                                            )          Opposition No. 91165988
                                              )
AMERICAN FINE FOODS CORP.,                    )
                                              )
            Applicant                         )
                                              )

Commissioner for Trademarks
P. O. Box 1451
Alexandria, Virginia 22313-1451

## AMENDMENT TO RECITATION OF SERVICES
## FILED BY APPLICANT AFTER PUBLICATION

Applicant, AMERICAN FINE FOODS CORP., filed Application No. 76/463007 for the

trademark AFFCO & DESIGN on September 24, 2002. The description of the services as

published is as follows:

IC035. US 100 101 102. G&S: Retail stores featuring cereals, mayonnaise, salad
dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire
sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned
vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey,

-1-

AMER 519

bread crumbs, potato flakes; paper products, namely, cups, plates, foam cups, plastic cups, lighter fluid; and export agencies featuring cereals, mayonnaise, salad dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey, bread crumbs, potato flakes; paper products, namely, cups, plates, foam cups, plastic cups; lighter fluid.  FIRST USE: 19881215.  FIRST USE IN COMMERCE:  19881215

On January 25, 2005, Application No. 76/463007 for the trademark AFFCO & DESIGN was

published in the *Official Gazette*.  On July 22, 2005, Opposer, AFFCO NEW ZEALAND

LIMITED, filed an Opposition, challenging the registration of Applicant's trademark, AFFCO &

DESIGN.

Pursuant to a written agreement executed by Applicant, AMERICAN FINE FOODS

CORP., and Opposer, AFFCO NEW ZEALAND LIMITED, concerning Opposition No.

91165988, Applicant, AMERICAN FINE FOODS CORP., hereby requests amendment of the

recitation of services of Application No. 76/463007 for the trademark AFFCO & DESIGN, with

prejudice to Applicant, AMERICAN FINE FOODS CORP., to read as follows:

IC035.  US 100 101 102.  G&S: Retail stores featuring cereals, mayonnaise, salad dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey, bread crumbs, potato flakes, expressly excluding meat, fowl or fish and products containing meat, fowl or fish; paper products, namely, cups, plates, foam cups, plastic cups, lighter fluid; and export agencies featuring cereals, mayonnaise, salad dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey, bread crumbs, potato flakes, expressly excluding meat, fowl or fish and products containing meat, fowl or fish; paper products, namely, cups, plates, foam cups, plastic cups; lighter fluid.

This proposed amendment is made with the consent of Opposer, AFFCO NEW ZEALAND LIMITED, pursuant to TMEP §§ 1505.01(a), 1505.02(d) and TBMP §§ 514.01, 514.02.

AMER 520

**STIPULATED AND AGREED** to this _____ day of December, 2005.

SCHMEISER, OLSEN & WATTS, LLP      LADAS & PARRY

Attorneys for Applicant                Attorneys for Opposer

| | |
|---|---|
| Arlen L. Olsen | M. Iris Hess |
| Autondria S. Minor | Elizabeth A. Linford |
| 3 Lear Jet Lane, Suite 201 | 5670 Wilshire Boulevard, Suite 2100 |
| Latham, NY 12110 | Los Angeles, CA 90036 |
| Telephone: (518) 220-1850 | Telephone: (323) 934-2300 |
| Fax: (518) 220-1857 | Fax: (323) 934-0202 |

**IT IS SO ORDERED**

Dated:

_____
United States Patent and Trademark Office
Trademark Trial and Appeal Board

-3-

AMER 521

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **AMENDMENT TO RECITATION OF SERVICES**

**FILED BY APPLICANT AFTER PUBLICATION** was serviced by first class, postage prepaid

mail on this _____ day of December, 2005 upon:

> M. Iris Hess
> Elizabeth A. Linford
> 5670 Wilshire Boulevard, Suite 2100
> Los Angeles, CA 90036

_____

AMER 522

## EXHIBIT B
### TO UNDERTAKING FROM
### AMERICAN FINE FOODS CORP. TO
### AFFCO NEW ZEALAND LIMITED
### FOR TRADEMARK AFFCO

AMER 523

*IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*
*BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD*

In the matter of Trademark Application Serial Number
76/463007
For the mark: AFFCO & DESIGN
Application filing date: September 24, 2002
Published in the *Official Gazette*: January 25, 2005

| CERTIFICATE OF TRANSMISSION |
|---|
| I hereby certify that this correspondence is being electronically transmitted to the United States Patent and Trademark Office on the date shown below. |
| (Typed or Printed Name of Person Signing Certificate) |
| (Signature) |
| (Date) |

AFFCO NEW ZEALAND LIMITED,

    Opposer,

v.

AMERICAN FINE FOOD CORP.,

    Applicant.

Opposition No. 91165988

## CONSENTED MOTION FOR STAY OF PROCEEDING PENDING ACCEPTANCE OF AMENDMENT TO APPLICATION SERIAL NO. 76/463007

Pursuant to an agreement between Opposer, AFFCO New Zealand Limited, and Applicant, American Fine Foods Corp., Applicant has submitted a motion to amend the description of services in U.S. Application Serial No. 76/463007, a copy of which is attached hereto as Exhibit A.

Pending the approval of such amendment by the Board, Opposer submits this motion requesting a stay of the proceeding until the Board has either granted or denied Applicant's proposed amendment. If such amendment is accepted and entered, the parties have agreed that Opposer will voluntarily dismiss Opposition No. 91165988 without prejudice.

AMER 524

Therefore, and in accordance with TBMP §510.03(a) and 37 C.F.R. §2.117(c), Opposer

requests Opposition No. 91165988 be stayed pending approval of Applicant's motion seeking

amendment of Application Serial No. 76/463007.  Opposer has secured the express consent of

Applicant, American Fine Food Corp., for the stay of proceeding requested herein, as noted

below.

Dated: _____     By: _____
                                  M. Iris Hess
                                  Elizabeth A. Linford
                                  LADAS & PARRY LLP
                                  Attorneys for Opposer
                                  5670 Wilshire Boulevard, Suite 2100
                                  Los Angeles, CA  90036
                                  Tel.: 323-934-2300
                                  Fax: 323-934-0202

Dated: _____     By: _____
                                  Arlen L. Olsen
                                  Autondria S. Minor
                                  SCHMEISER, OLSEN & WATTS, LLP
                                  Attorneys for Applicant
                                  3 Lear Jet Lane, Suite 201
                                  Latham, NY  12110
                                  Tel.: 518-220-1850
                                  Fax: 518-220-1857

2

AMER 525

Opposition No. 91165988

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **CONSENTED MOTION FOR STAY OF**

**PROCEEDING PENDING ACCEPTANCE OF AMENDMENT TO APPLICATION**

**SERIAL NO. 76/463007** was serviced by First class, postage prepaid mail on this _____ day of

December, 2005 upon:

        Mr. Arlen L. Olsen, Esq.
        Schmeiser, Olsen & Watts
        3 Lear Jet Lane, Suite 201
        Latham, NY 12110

3

AMER 526

## EXHIBIT C
TO UNDERTAKING FROM
AMERICAN FINE  FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

AMER 527

*IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*
*BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD*

In the matter of
Trademark Application Serial Number 76/463007
For the mark: AFFCO & DESIGN
Application filing date: September 24, 2002
Published in the *Official Gazette*: January 25, 2005

_____

AFFCO NEW ZEALAND LIMITED,

      Opposer,

v.

AMERICAN FINE FOOD CORP.,

      Applicant.
_____

| CERTIFICATE OF TRANSMISSION |
|---|
| I hereby certify that this correspondence is being electronically transmitted to the United States Patent and Trademark Office on the date shown below. |
| _____<br>(Typed or Printed Name of Person Signing Certificate) |
| _____<br>(Signature) |
| _____<br>(Date) |

Opposition No. 91165988

## STIPULATED VOLUNTARY DISMISSAL OF OPPOSITION
## WITHOUT PREJUDICE

    Pursuant to an agreement between Opposer, AFFCO New Zealand Limited, and

Applicant, American Fine Foods Corp., Applicant has amended the description of services

recited in U.S. Application Serial No. 76/463007. The Board, by order dated _____,

2006, granted Applicant's motion to amend the application.

    Accordingly, and in compliance with the terms of the aforementioned agreement,

Opposer, by and through its attorneys, hereby voluntarily withdraws and dismisses its Notice of

Opposition in Opposition No. 91165988 <u>without</u> prejudice. In accordance with 37 C.F.R.

§2.106(c), Applicant, by and through its attorneys, hereby

//

AMER 528

consents to withdrawal and to dismissal <u>without</u> prejudice of Opposition No. 91165988.


Dated: _____     By:     _____
                                            M. Iris Hess
                                            Elizabeth A. Linford
                                            LADAS & PARRY LLP
                                            Attorneys for Opposer
                                            5670 Wilshire Boulevard, Suite 2100
                                            Los Angeles, CA 90036
                                            Tel.: 323-934-2300
                                            Fax: 323-934-0202


Dated: _____     By:     _____
                                            Arlen L. Olsen
                                            Autondria S. Minor
                                            SCHMEISER, OLSEN & WATTS, LLP
                                            Attorneys for Applicant
                                            3 Lear Jet Lane, Suite 201
                                            Latham, NY 12110
                                            Tel.: 518-220-1850
                                            Fax: 518-220-1857

2

AMER 529

Opposition No. 91165988

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **STIPULATED VOLUNTARY DISMISSAL**

**WITHOUT PREJUDICE** was serviced by First class, postage prepaid mail on this _____ day

of December, 2005 upon:

> Mr. Arlen L. Olsen, Esq.
> Schmeiser, Olsen & Watts
> 3 Lear Jet Lane, Suite 201
> Latham, NY 12110

3

AMER 530

## EXHIBIT D

### TO UNDERTAKING FROM
### AMERICAN FINE  FOODS CORP. TO
### AFFCO NEW ZEALAND LIMITED
### FOR TRADEMARK AFFCO

AMER 531



REGISTRATION NO. 2474722

·AMER 532

## EXHIBIT E
TO UNDERTAKING FROM
AMERICAN FINE  FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

AMER 533



APPLICATION NO. 76/463007

AMER 534

## EXHIBIT F
### TO UNDERTAKING FROM
### AMERICAN FINE FOODS CORP, TO
### AFFCO NEW ZEALAND LIMITED
### FOR TRADEMARK AFFCO

AMER 535



CANCELLED REGISTRATION NO. 1620152

AMER 536

## EXHIBIT G

TO UNDERTAKING FROM
AMERICAN FINE  FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

AMER 537

Untitld

Document Description: Paper Corresp. Incom
  Mail / Create Date: 25-Sep-2003

| Previous Page | | Next Page | You are currently on page [10] of [12] | |



538

<u>EXHIBIT H</u>
TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

AMER 539

## TERRITORIES IN WHICH AFFCO NEW ZEALAND LIMITED
## OWNS THE MARK AFFCO

North America

Europe

Russia

Northern Asia

Southeast Asia

New Zealand

South Pacific Islands

United Arab Emirates

Jordan

Saudi Arabia

AMER 540