Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA75821** |
| Filing date: | **04/12/2006** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding | 91165988 |
|---|---|
| Party | Plaintiff<br>AFFCO NEW ZEALAND LIMITED<br>AFFCO NEW ZEALAND LIMITED<br>STATE HIGHWAY 1 NZX<br>HOROTIU WAIKATO, |
| Correspondence Address | M. IRIS HESS<br>LADAS & PARRY<br>5670 WILSHIRE BLVD. STE. 2100<br>LOS ANGELES, CA 90036-5679 |
| Submission | Withdrawal of Opposition |
| Filer's Name | Elizabeth A. Linford |
| Filer's e-mail | elinford@ladas.com,ihess@ladas.com |
| Signature | /elizabeth a. linford/ |
| Date | 04/12/2006 |
| Attachments | motion91165988.pdf ( 3 pages ) |

EXHIBIT "2"

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of
Trademark Application Serial Number 76/463007
For the mark: AFFCO & DESIGN
Application filing date: September 24, 2002
Published in the *Official Gazette*: January 25, 2005

CERTIFICATE OF TRANSMISSION

I hereby certify that this correspondence is being electronically transmitted to the United States Patent and Trademark Office on the date shown below.

Elizabeth A. Linford
(Typed or Printed Name of Person Signing Certificate)

Elizabeth A. Linford
(Signature)

April 12, 2006
(Date)

AFFCO NEW ZEALAND LIMITED,

　　　　Opposer,

v.

AMERICAN FINE FOOD CORP.,

　　　　Applicant.

Opposition No. 91165988

## STIPULATED VOLUNTARY DISMISSAL OF OPPOSITION WITHOUT PREJUDICE

Pursuant to an agreement between Opposer, AFFCO New Zealand Limited, and Applicant, American Fine Foods Corp., Applicant has amended the description of services recited in U.S. Application Serial No. 76/463007. The Board, by order dated April 6, 2006, granted Applicant's motion to amend the application.

Accordingly, and in compliance with the terms of the aforementioned agreement, Opposer, by and through its attorneys, hereby voluntarily withdraws and dismisses its Notice of Opposition in Opposition No. 91165988 <u>without</u> prejudice. In accordance with 37 C.F.R. §2.106(c), Applicant, by and through its attorneys, hereby

//

Opposition No. 91165988

consents to withdrawal and to dismissal <u>without</u> prejudice of Opposition No. 91165988.

Dated: April 12, 2006      By: _____
M. Iris Hess
Elizabeth A. Linford
LADAS & PARRY LLP
Attorneys for Opposer
5670 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90036
Tel.: 323-934-2300
Fax: 323-934-0202

Dated: _____     By: _____
Arlen L. Olsen
Autondria S. Minor
SCHMEISER, OLSEN & WATTS, LLP
Attorneys for Applicant
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Tel.: 518-220-1850
Fax: 518-220-1857

Opposition No. 91165988

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was serviced by First class, postage prepaid mail on this 12th day of April, 2006 upon:

>Mr. Arlen L. Olsen, Esq.
>Schmeiser, Olsen & Watts
>3 Lear Jet Lane, Suite 201
>Latham, NY 12110

*[signature]*
Elizabeth A. Linford, Esq.