Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,097,027
Registered May 30, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



AMERICAN FINE FOOD CORP. (UNITED STATES INDIVIDUAL)
2841 NW 107TH AVENUE
MIAMI, FL 33172

FOR: RETAIL STORES FEATURING CEREALS, MAYONNAISE, SALAD DRESSINGS; SAUCES, NAMELY, HOT SAUCE, BBQ SAUCE, STEAK SAUCE, WORCESTERSHIRE SAUCE; SPICES/SALT, MUSTARD, VINEGAR, FOOD COLORING, VEGETABLE SHORTENING, CANNED VEGETABLES, BEANS, PEANUT BUTTER, PICKLES, CANNED JUICES, FRUIT PIE FILLINGS, HONEY, BREAD CRUMBS, POTATO FLAKES, EXPRESSLY EXCLUDING MEAT, FOWL OR FISH AND PRODUCTS CONTAINING MEAT, FOWL OR FISH; PAPER PRODUCTS, NAMELY, CUPS, PLATES, FOAM CUPS, PLASTIC CUPS; LIGHTER FLUID; AND EXPORT AGENCIES FEATURING CEREALS, MAYONNAISE, SALAD DRESSINGS; SAUCES, NAMELY, HOT SAUCE, BBQ SAUCE, STEAK SAUCE, WORCESTERSHIRE SAUCE; SPICES/SALT, MUSTARD, VINEGAR, FOOD COLORING, VEGETABLE SHORTENING, CANNED VEGETABLES, BEANS, PEANUT BUTTER, PICKLES, CANNED JUICES, FRUIT PIE FILLINGS, HONEY, BREAD CRUMBS, POTATO FLAKES, EXPRESSLY EXCLUDING MEAT, FOWL OR FISH AND PRODUCTS CONTAINING MEAT, FOWL OR FISH; PAPER PRODUCTS, NAMELY, CUPS, PLATES, FOAM CUPS, PLASTIC CUPS; LIGHTER FLUID, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-15-1988; IN COMMERCE 12-15-1988.

SER. NO. 76-463,007, FILED 9-24-2002.

INGRID C. EULIN, EXAMINING ATTORNEY

EXHIBIT "3"