**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |  |
|---|---|---|
| AFFCO New Zealand, Ltd., a Foreign corporation | : | 12-CV-21325 |
|  | : |  |
|  | : | Judge King |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| American Fine Foods Corp., a US corporation | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## ORDER ON PLAINTIFF'S "MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S 'MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW'"

THIS MATTER having come before the Court upon Plaintiff AFFCO New Zealand, Ltd.'s "Motion for Extension of Time To Respond to Defendant's 'Motion for Summary Judgment and Incorporated Memorandum of Law,'" and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff AFFCO New Zealand, Ltd.'s "Motion for Extension of Time to Respond to Defendant's 'Motion for Summary Judgment and Incorporated Memorandum of Law'" is:

GRANTED, and that Plaintiff may file its response up to and including September 17, 2012.

DONE AND ORDERED in Chambers, Dade County, Miami, Florida, this 17 day of August 2012.

U.S. DISTRICT COURT JUDGE

Copies furnished to:

All counsel of Record