UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | : | |
|---|---|---|
| AFFCO New Zealand, Ltd., a Foreign corporation | : : | 12-CV-21325 |
| | : | Judge King |
| Plaintiff, | : : | |
| vs. | : : | |
| American Fine Foods Corp., a US corporation | : : : | |
| Defendant. | : : | |

**PLAINTIFF'S NOTICE OF FILING DECLARATION OF RACHEL ANNE WEBSTER**

Plaintiff AFFCO New Zealand, Ltd, ("AFFCO") by its attorneys John O. Sutton of Jamerson & Sutton LLP, Burton S. Ehrlich, *pro hac vice*, and David C. Brezina, *pro hac vice*, of Ladas & Parry LLP, respectfully file this "DECLARATION OF RACHEL ANNE WEBSTER" in support of Plaintiff's Response and Incorporated Memorandum opposing Defendant's Motion for Summary Judgment.

Dated:  September 21, 2012

Respectfully submitted,

/s/ John O. Sutton

John Sutton, Esq.
Florida Bar. No. 245380
john@jamersonsutton.com
JAMERSON & SUTTON LLP
2655 Le Jeune Road, PH-II
Coral Gables, FL 33134
Tel: (305) 448-1295
Fax: (305) 446-5236
Counsel for Plaintiff

Of Counsel:

David C. Brezina
Burton S. Ehrlich
Ladas & Parry LLP
224 S Michigan Ave.
Suite 1600
Chicago, IL 60604
(312) 427-1300

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on September 21, 2012, on all counsel or parties of record on the Service list below.

/s/   John O. Sutton

## SERVICE LIST

Arlen L. Olsen
aolsen@iplawusa.com
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Latham, NY 12110

Autondria S. Minor
aminor@iplawusa.com
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Lathan, NY 12110

William R. Trueba, Jr., Esq.
wtrueba@etlaw.com
ESPINOSA|TRUEBA, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131

Michael E. Tschupp
mtschupp@etlaw.com
ESPINOSA|TRUEBA, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131