**PLAINTIFF'S EXHIBIT 1**

UNDERTAKING

This Undertaking is made and given this 10th day of JANUARY, ~~2005~~ 2006 (WA) from American Fine Foods Corp., a corporation of Florida with offices at 3600 NW, 114th Avenue, Miami, Florida 33178 (hereinafter "American") to AFFCO New Zealand Limited (formerly AFFCO Exports Limited), a company of New Zealand with offices at State Highway 1, Horotiu, Waikato, New Zealand (hereinafter "AFFCO").

The undersigned, WISSAM AMOUDI, declares that he/she is the PRESIDENT of American and is authorized to execute this Undertaking to AFFCO in the name and on behalf of American.

A. American has filed a United States trademark application bearing Serial No. 76/463007 to register the trademark AFFCO & Design for the sale, distribution, export and import of a wide variety of processed food products, including meat-related and complementary products such as barbecue sauce, steak sauce and worcestershire sauce. Such application was published by the Trademark Office on January 25, 2005.

B. AFFCO has filed an opposition to the registration of Application No. 76/463007, which bears Opposition No. 91165988.

C. American further acknowledges that it has used the trademark AFFCO on and in connection with a meat product, namely corned beef, and is currently using the mark AFFCO on and in connection with chicken Vienna sausage.

~~AFFCO initial~~ American initial

AMER 510

Composite EXHIBIT "1"

D. American and AFFCO wish to amicably resolve the conflict that has arisen and avoid further legal action.

E. Upon and subject to each and every one of the following covenants, promises, conditions, warranties and actions by American, its officers, directors, agents, subsidiaries, affiliates, representatives, successors and assigns, AFFCO agrees to withdraw, without prejudice, Opposition No. 91165988 against Application No. 76/463007 and the registration of the mark AFFCO & Design as depicted in said application:

1. American warrants that it is the applicant and owner of U.S. Trademark Application Serial No. 76/463007 and that it has the power and authority to make this Undertaking and to give the warranties and promises herein contained.

2. American acknowledges and agrees that AFFCO is the owner of the trademark and trade name AFFCO and prior United States Registration No. 2474722 for meat and meat products.

3. (i) American shall, by no later than ~~December 30, 2005~~ ~~January 16, 2006~~ January 23, 2006, file with the United States Trademark Office an amendment of Application No. 76/463007 and each and every other application and registration owned by American in the United States for the mark AFFCO or any mark containing the mark AFFCO or the abbreviation AFF, to delete or expressly exclude all meat, fowl or fish and products containing meat, fowl or fish, in the form attached hereto as Exhibit A.

(ii) Upon American filing with the United States Trademark Office an amendment of Application No. 76/463007 in accordance with

AFFCO Initial American initial

subparagraph (i) above, and acceptable to AFFCO, AFFCO will file a Motion to Stay the opposition proceedings pending acceptance of the amendment of Application No. 76/463007 by the Trademark Office, in the form attached hereto as Exhibit B. Upon receipt by AFFCO of Notice of Entry of the Amendment by the Trademark Office, AFFCO agrees to file a Notice of Dismissal of Opposition No. 91165988 Without Prejudice, in the form attached hereto as Exhibit C.

(iii) In the event the United States Trademark Office refuses to enter the amendment agreed to by AFFCO and American, or a mutually-agreed-upon modified amendment, American herewith affirms, and agrees to be bound by, all undertakings, covenants, promises, conditions, warranties, restrictions and limitations on American's use and registration of the mark AFFCO and Design set forth in this Undertaking. If and only upon such affirmation by American, and subject to the survival of all warranties and representations, covenants, promises and undertakings made and given herein by American to AFFCO, AFFCO agrees that it will dismiss the opposition without prejudice and allow Application No. 76/463007 to register with the recitation of services as stated in the application as of the effective date of this Undertaking.

(iv) American shall, by no later than ~~December 30, 2005~~ ~~January 16, 2006~~ January 23, 2006, file an amendment with the trademark office of each foreign country or countries, in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products and American owns an application or registration for the mark AFFCO or any mark containing

AFFCO initial American initial

the mark AFFCO or the abbreviation AFF, to delete or expressly exclude all meat, fowl or fish and products containing meat, fowl or fish.

4. American warrants and confirms that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it has ceased all use of the mark AFFCO and any mark similar to the word AFFCO and the abbreviation or derivative term AFF for meat, fowl or fish and any products containing meat, fowl or fish.

5. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never in the future distribute, market or sell meat, fowl or fish or products containing meat, fowl or fish bearing the name or mark AFFCO or any name or mark containing the term AFFCO or any term confusingly similar to the term AFFCO, including the abbreviation or derivative term AFF in any language. To carry out the full intent of this provision, American undertakes and agrees that in the United States and foreign country or countries, in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall promptly destroy all packaging, advertising and promotional materials of any kind bearing the trademark AFFCO for meat or meat products and further shall dispose of or destroy all existing inventory of products comprising or containing meat, fowl or fish within ninety (90) days following the signing of this Undertaking. American further agrees to provide a letter to AFFCO confirming that in the United States and foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat

products, all infringing packaging, advertising, and promotional materials for products containing or comprising meat, fowl or fish have been destroyed and that all meat, fowl and fish products in inventory have been disposed of or destroyed by no later than February 28, 2006.

6. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never in the future use or register the mark AFFCO or any mark containing the term AFFCO or any term confusingly similar to the term AFFCO or the abbreviation or derivative term AFF, in any language, for meat, fowl or fish or products containing meat, fowl or fish.

7. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall not use the mark AFFCO in a form, typestyle or design similar to the form, typestyle or design used by AFFCO, including but not limited to use of the device of a star (or stars) as illustrated in the example depicted in Exhibit D hereto. AFFCO has agreed not to object to the form and style of the mark AFFCO used by American for the goods described in Application 76/463007, as illustrated in Exhibits E, F and G hereto and made part of this Undertaking.

8. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products; it shall never object to the use or registration by AFFCO of the name or mark AFFCO (either by itself or

AFFCO initial American initial

in conjunction with a logo) for any meat or meat-related products, including but not limited to, products comprising or containing meat, fowl or fish. American further undertakes and agrees that it will not object to, attack, or seek to cancel any new application to register or registration by AFFCO for the mark AFFCO (either by itself or in conjunction with a logo or other literal elements) for meat or meat-related products, including products comprising or containing meat, fowl or fish, anywhere in the world.

9. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never use or register the term AFFCO or the abbreviation or derivative term AFF in any language as or in any business or trade name, domain name or other identification on a global communications network, including but not limited to, an e-mail address in association with the sale, advertising, distribution or marketing of meat, fowl or fish, or products containing meat, fowl or fish.

10. American undertakes and agrees that in the United States and each foreign country or countries in which AFFCO currently has a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, it shall never object to the use or registration by AFFCO of the name or mark AFFCO or any derivative or abbreviation thereof as or in a business or trade name, domain name or other identification on a global communications network, including, but not limited to, an e-mail address.

11. American warrants that no provision or term of this Undertaking prevents American from continuing to use the mark AFFCO on and in connection with

AFFCO initial American initial

meat-related and complementary products such as barbecue sauce, steak sauce and worcestershire sauce in the United States or any foreign country.

12. American warrants that it is not related to Chiquita Processed Foods, L.L.C.

13. For purposes of this Undertaking, American acknowledges and agrees that AFFCO currently owns a valid mark AFFCO (either by itself or in conjunction with a logo) for meat or meat products, in the territories listed in Exhibit H hereto and made a part of this Undertaking.

14. Notwithstanding any other provision of this Undertaking, American undertakes and agrees not to challenge or hinder AFFCO's use, continuing use, or registration of the mark AFFCO (either by itself or in conjunction with a logo) in the Middle East in relation to meat, fowl or fish, or products containing meat, fowl or fish.

15. This Undertaking is given and intended to be effective worldwide.

16. In the event of any dispute arising out of this Undertaking, the laws of the State of Florida, United States of America shall govern, and the state or federal courts in Florida shall have jurisdiction, as applicable.

//

//

//

AFFCO initial American initial

17. This Undertaking may not be modified or amended, except by a writing signed by all parties.

Executed this 10th day of JANUARY, ~~2005~~ 2006 at American Fine Food Corp..

AMERICAN FINE FOODS CORP.

By: [signature] Wissam Amoudi
Name

Title: President
Title

Corporate Seal:

Accepted and Agreed to:

AFFCO NEW ZEALAND LIMITED
(formerly AFFCO Exports Limited)

[signature]

By: WILLIAM M RALPH
Name

Title: COMPANY SECRETARY
Title

AFFCO initial WA American initial

EXHIBIT A

TO UNDERTAKING FROM AMERICAN FINE FOODS CORP. TO AFFCO NEW ZEALAND LIMITED FOR TRADEMARK AFFCO

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First-class mail in an envelope addressed to:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3514

(Typed or Printed Name of Person Signing Certificate)

(Signature)

(Date)

In the matter of Application No. 76/463007
for the Trademark: **AFFCO & DESIGN**
Filed: September 24, 2002
Published in the *Official Gazette* on January 25, 2005

AFFCO NEW ZEALAND LIMITED,

Opposer

v.

AMERICAN FINE FOODS CORP.,

Applicant

Opposition No. 91165988

Commissioner for Trademarks
P. O. Box 1451
Alexandria, Virginia 22313-1451

AMENDMENT TO RECITATION OF SERVICES
FILED BY APPLICANT AFTER PUBLICATION

Applicant, AMERICAN FINE FOODS CORP., filed Application No. 76/463007 for the trademark AFFCO & DESIGN on September 24, 2002. The description of the services as published is as follows:

IC035. US 100 101 102. G&S: Retail stores featuring cereals, mayonnaise, salad dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey,

bread crumbs, potato flakes; paper products, namely, cups, plates, foam cups, plastic cups, lighter fluid; and export agencies featuring cereals, mayonnaise, salad dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey, bread crumbs, potato flakes; paper products, namely, cups, plates, foam cups, plastic cups; lighter fluid. FIRST USE: 19881215. FIRST USE IN COMMERCE: 19881215

On January 25, 2005, Application No. 76/463007 for the trademark AFFCO & DESIGN was published in the *Official Gazette*. On July 22, 2005, Opposer, AFFCO NEW ZEALAND LIMITED, filed an Opposition, challenging the registration of Applicant's trademark, AFFCO & DESIGN.

Pursuant to a written agreement executed by Applicant, AMERICAN FINE FOODS CORP., and Opposer, AFFCO NEW ZEALAND LIMITED, concerning Opposition No. 91165988, Applicant, AMERICAN FINE FOODS CORP., hereby requests amendment of the recitation of services of Application No. 76/463007 for the trademark AFFCO & DESIGN, with prejudice to Applicant, AMERICAN FINE FOODS CORP., to read as follows:

IC035. US 100 101 102. G&S: Retail stores featuring cereals, mayonnaise, salad dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey, bread crumbs, potato flakes, expressly excluding meat, fowl or fish and products containing meat, fowl or fish; paper products, namely, cups, plates, foam cups, plastic cups, lighter fluid; and export agencies featuring cereals, mayonnaise, salad dressings; sauces, namely, hot sauce, BBQ sauce, steak sauce, Worcestershire sauce; spices/salt, mustard, vinegar, food coloring, vegetable shortening, canned vegetables, beans, peanut butter, pickles, canned juices, fruit pie fillings, honey, bread crumbs, potato flakes, expressly excluding meat, fowl or fish and products containing meat, fowl or fish; paper products, namely, cups, plates, foam cups, plastic cups; lighter fluid.

This proposed amendment is made with the consent of Opposer, AFFCO NEW ZEALAND LIMITED, pursuant to TMEP §§ 1505.01(a), 1505.02(d) and TBMP §§ 514.01, 514.02.

**STIPULATED AND AGREED** to this _______ day of December, 2005.

SCHMEISER, OLSEN & WATTS, LLP

Attorneys for Applicant

______________________________

Arlen L. Olsen
Autondria S. Minor
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Telephone: (518) 220-1850
Fax: (518) 220-1857

LADAS & PARRY

Attorneys for Opposer

______________________________

M. Iris Hess
Elizabeth A. Linford
5670 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90036
Telephone: (323) 934-2300
Fax: (323) 934-0202

**IT IS SO ORDERED**

Dated:

______________________________

United States Patent and Trademark Office
Trademark Trial and Appeal Board

CERTIFICATE OF SERVICE

I hereby certify that a copy of the **AMENDMENT TO RECITATION OF SERVICES FILED BY APPLICANT AFTER PUBLICATION** was serviced by first class, postage prepaid mail on this ________ day of December, 2005 upon:

M. Iris Hess
Elizabeth A. Linford
5670 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90036

______________________________

**EXHIBIT B**

TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

*IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*
*BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD*

In the matter of Trademark Application Serial Number 76/463007
For the mark: AFFCO & DESIGN
Application filing date: September 24, 2002
Published in the *Official Gazette*: January 25, 2005

CERTIFICATE OF TRANSMISSION

I hereby certify that this correspondence is being electronically transmitted to the United States Patent and Trademark Office on the date shown below.

(Typed or Printed Name of Person Signing Certificate)

(Signature)

(Date)

AFFCO NEW ZEALAND LIMITED,

Opposer,

v.

AMERICAN FINE FOOD CORP.,

Applicant.

Opposition No. 91165988

CONSENTED MOTION FOR STAY OF PROCEEDING PENDING ACCEPTANCE OF AMENDMENT TO APPLICATION SERIAL NO. 76/463007

Pursuant to an agreement between Opposer, AFFCO New Zealand Limited, and Applicant, American Fine Foods Corp., Applicant has submitted a motion to amend the description of services in U.S. Application Serial No. 76/463007, a copy of which is attached hereto as Exhibit A.

Pending the approval of such amendment by the Board, Opposer submits this motion requesting a stay of the proceeding until the Board has either granted or denied Applicant's proposed amendment. If such amendment is accepted and entered, the parties have agreed that Opposer will voluntarily dismiss Opposition No. 91165988 without prejudice.

Therefore, and in accordance with TBMP §510.03(a) and 37 C.F.R. §2.117(c), Opposer requests Opposition No. 91165988 be stayed pending approval of Applicant's motion seeking amendment of Application Serial No. 76/463007. Opposer has secured the express consent of Applicant, American Fine Food Corp., for the stay of proceeding requested herein, as noted below..

Dated: ____________________ By: ____________________________

M. Iris Hess
Elizabeth A. Linford
LADAS & PARRY LLP
Attorneys for Opposer
5670 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90036
Tel.: 323-934-2300
Fax: 323-934-0202

Dated: ____________________ By: ____________________________

Arlen L. Olsen
Autondria S. Minor
SCHMEISER, OLSEN & WATTS, LLP
Attorneys for Applicant
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Tel.: 518-220-1850
Fax: 518-220-1857

Opposition No. 91165988

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **CONSENTED MOTION FOR STAY OF PROCEEDING PENDING ACCEPTANCE OF AMENDMENT TO APPLICATION SERIAL NO. 76/463007** was serviced by First class, postage prepaid mail on this _____ day of December, 2005 upon:

Mr. Arlen L. Olsen, Esq.
Schmeiser, Olsen & Watts
3 Lear Jet Lane, Suite 201
Latham, NY 12110

______________________________

EXHIBIT C

TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

*IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*
*BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD*

In the matter of
Trademark Application Serial Number 76/463007
For the mark: AFFCO & DESIGN
Application filing date: September 24, 2002
Published in the *Official Gazette*: January 25, 2005

CERTIFICATE OF TRANSMISSION

I hereby certify that this correspondence is being electronically transmitted to the United States Patent and Trademark Office on the date shown below.

_______________
(Typed or Printed Name of Person Signing Certificate)

_______________
(Signature)

_______________
(Date)

AFFCO NEW ZEALAND LIMITED,

Opposer,

v.

AMERICAN FINE FOOD CORP.,

Applicant.

Opposition No. 91165988

STIPULATED VOLUNTARY DISMISSAL OF OPPOSITION
WITHOUT PREJUDICE

Pursuant to an agreement between Opposer, AFFCO New Zealand Limited, and Applicant, American Fine Foods Corp., Applicant has amended the description of services recited in U.S. Application Serial No. 76/463007. The Board, by order dated __________, 2006, granted Applicant's motion to amend the application.

Accordingly, and in compliance with the terms of the aforementioned agreement, Opposer, by and through its attorneys, hereby voluntarily withdraws and dismisses its Notice of Opposition in Opposition No. 91165988 without prejudice. In accordance with 37 C.F.R. §2.106(c), Applicant, by and through its attorneys, hereby

//

consents to withdrawal and to dismissal without prejudice of Opposition No. 91165988.

Dated: ____________________ By: ____________________

M. Iris Hess
Elizabeth A. Linford
LADAS & PARRY LLP
Attorneys for Opposer
5670 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90036
Tel.: 323-934-2300
Fax: 323-934-0202

Dated: ____________________ By: ____________________

Arlen L. Olsen
Autondria S. Minor
SCHMEISER, OLSEN & WATTS, LLP
Attorneys for Applicant
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Tel.: 518-220-1850
Fax: 518-220-1857

Opposition No. 91165988

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was serviced by First class, postage prepaid mail on this _____ day of December, 2005 upon:

Mr. Arlen L. Olsen, Esq.
Schmeiser, Olsen & Watts
3 Lear Jet Lane, Suite 201
Latham, NY 12110

______________________________

EXHIBIT D

TO UNDERTAKING FROM AMERICAN FINE FOODS CORP. TO AFFCO NEW ZEALAND LIMITED FOR TRADEMARK AFFCO



AFFCO

REGISTRATION NO. 2474722

AMER 532

**EXHIBIT E**

TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO



AFFCO

APPLICATION NO. 76/463007

AMER 534

EXHIBIT F

TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO



AFFCO

CANCELLED REGISTRATION NO. 1620152

AMER 536

**EXHIBIT G**

TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

Document Description: Paper Corresp. Incom
Mail / Create Date: 25-Sep-2003

Previous Page Next Page You are currently on page 10 of 12

EXHIBIT H

TO UNDERTAKING FROM
AMERICAN FINE FOODS CORP. TO
AFFCO NEW ZEALAND LIMITED
FOR TRADEMARK AFFCO

TERRITORIES IN WHICH AFFCO NEW ZEALAND LIMITED
**OWNS THE MARK AFFCO**

North America

Europe

Russia

Northern Asia

Southeast Asia

New Zealand

South Pacific Islands

United Arab Emirates

Jordan

Saudi Arabia