**PLAINTIFF'S EXHIBIT 2**

THE AUCKLAND FARMERS' FREEZING COY. LTD.

1st JANUARY 1909.

The Company undertakes to kill, freeze, bag, pay railage from Works to ship, and freight to British port.

It will also sell the meat, wool, pelts, etc. on clients account, making advances if desired.

The charge for killing, freezing, bagging, railage from Works to ship, and freight to British port is as follows:-

LAMB    -   $1\frac{1}{4}$d. per lb.
MUTTON  -   $1\frac{1}{8}$d.  "    "
BEEF    -   $1\frac{1}{16}$d. "    "
PORK    -   $1\frac{1}{8}$d.  "    "

The cost of merketing meat in the Old Country may be set down roughly at $\frac{1}{4}$ d. per lb.

LAMBS selling at $5\frac{1}{4}$d. in the Old Country together with the proceeds from Wool, Pelts and Tallow, at 2/- per head, should net about 12/- for a 36 lb lamb.

MUTTON at $3\frac{1}{2}$ d. together with Wool, Pelts and Tallow, should net about 12/4 for a 60 lb wether.

STEER BEEF at $3\frac{1}{2}$d. together with hide and fat at present prices, should net about 21/- per 100 lbs.

---

N.B. These results are subject to present market values for meat, pelts and wool and an alteration *in these values would affect above results*

AFFCO 100197