**PLAINTIFF'S EXHIBIT 3**

# A LONG SEASON

The Centennial History
of
AFFCO New Zealand

AFFCO 100000

KUKUPA PRESS
5 Seaforth Terrace
Karori
Wellington
New Zealand

*and*

AFFCO NEW ZEALAND LTD
Great South Rd
Horotiu
Private Bag 3301
Hamilton
New Zealand

First Published by Kukupa Press, 2004



Copyright ©AFFCO New Zealand Ltd

The right of John McCrystal to be identified as the author of this work in terms of section 96 of the Copyright Act 1994 is hereby asserted.

Design by Kukupa Press
Typeset and printed by PanPrint, Auckland

All rights reserved. Without limiting the rights under copyright reserved above, no part of this publication may be reproduced, stored in or introduced into a retrieval system, or transmitted, in any form or by any means (electronic, mechanical, photocopying, recording or otherwise), without the prior written permission of both the copyright owner and the above publisher of this book.

ISBN 0-476-00795-X

x

AFFCO 100015

# Table of Contents

Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .v
Author's Note . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vii
A Cold Dawn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
Beginnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
The Founders —
        Joseph Barugh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
        Stephen Ambury . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
        John Makgill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
Chairmen of the Board 1904—2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
Chief Executives 1904—2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
Board of Directors 1905 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
Board of Directors 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
Corporate Bodies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34
Down South: Southdown . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
In the Heart of the Country: Horotiu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
Way Up North: Moerewa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66
The Bay of Plenty: Rangiuru . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76
On the Waterfront . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
Elsewhere: Modern Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .88
Heading it Up . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .92
Doing What We Do Well . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .98
He Tangata, He Tangata . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .124

x

AFFCO 100016



AFFCO 100017

Case 1:12-cv-21325-JLK   Document 42-4   Entered on FLSD Docket 09/21/2012   Page 6 of 8

# Foreword



In March this year, on the anniversary of the first meeting of shareholders in 1904, AFFCO New Zealand celebrates 100 years of involvement in the New Zealand meat industry. This book records AFFCO's 100-year history and allows all of us the opportunity to reflect on the company's success in an industry more notable for its failures than for its successes.

AFFCO's ability to survive the odds is a tribute to its employees and management, its many customers and suppliers of services, and — last but not least — our farmers, some of whose families have supplied the company for the entire 100 years of its existence.

It is a time also to acknowledge the many shareholders of AFFCO over its 100 years — from those who attended that first meeting in 1904 to the present-day shareholders, who have stood by the company through thick and thin.

Please take the time to read and enjoy this book and reflect on 100 years of AFFCO's achievements.

*Sam Lewis*
*Chairman*

*July 2004*

AFFCO 100018

# Author's Note

It has been my pleasure to research and write the history of AFFCO New Zealand. It is an inspirational story.

Histories of companies — especially those of companies as old as AFFCO — are necessarily top-down exercises. In the story of an organisation where thousands have put their shoulder to the wheel and many have joined what AFFCO managing director Neville Thomson once quaintly termed 'the great majority', it is impossible to do more than mention a few; and in an industry where the sharp end of the business has traditionally been carried out by seasonal and casual labour, it is inevitable that most remain faceless. It is to be hoped that general remarks and isolated examples can do justice to the many. It is the best we can do.

I have incurred many debts in the course of producing this book. Most notable is the debt of gratitude to the staff and executives of the company who, over the course of a century, have preserved the company's documents and photographs. Few New Zealand organisations take such care, to history's cost. Don Rae made the first moves toward systematising the archives in his 'Blue Books'. Jim Aitken monumentally continued the effort, compiling a well-written and exhaustive history of the company from its earliest days to the end of the 1970s, without which this book would have been so much harder to write. Contemporary Company Secretary Bill Ralph saw to the cataloguing and professional storage of the archives, and was the driving force behind the production of a centennial publication. My sole anxiety in completing this project is that the result may live up to Bill's faith in me.

Thanks are due to those who gave their time: besides Bill, Sam Lewis, Trevor Gibson, Athol Murray, Jill Elliott and many staff members assisted, and the draft benefited from the constructive criticism of several people. Thanks are due to you all.

It remains to congratulate AFFCO New Zealand and its people, past and present, on their achievement of this rare milestone, and to wish them well on the next 100 years.

In addition to the mundane species — sheep, cattle and pigs — AFFCO handled other, more exotic animals from time to time. It first began to handle horses in the spring of 1946, with the meat destined for the hungry and less discriminating markets of War-ravaged Europe, via the United Nations Relief and Rehabilitation Agency. The horse kill continued — as a joint venture with Wilson Meats rather than the UN — until the 1950s, when increased competition with petfood manufacturers for the limited pool of unwanted horses made it unprofitable. Similarly, AFFCO began to kill goats from the autumn of 1947 for the UK, Fiji and eventually the Middle East markets. These proved a challenge for the company's stockmen and their dogs, and more often than not they proved too nimble for the fences of the yards: AFFCO can take the dubious credit for having established a feral goat population on the disused rifle range on the Defence Department land adjacent to Southdown, and Otahuhu locals had tall goat stories to tell to disbelieving neighbours for many years. Southdown periodically killed goats right up until its closure in 1981, whereupon Moerewa and Horotiu began to handle them. The company processed goats — under the more up-market name of 'chevon' — through the Mamaku plant it purchased from New Zealand Primary Producers Ltd in the late 1980s, and small numbers are still processed at its principal sites. The New Zealand Primary Producers' site at Omanu handled venison, a commodity which seemed to hold great promise for New Zealand farmers and processors in the 1980s. However, it proved a fickle market, notably lucrative in the German hunting season, when good prices could be fetched from gentlemen presumably anxious to impress their friends by dishing up evidence of their deer-stalking prowess. Teutonic big-noting notwithstanding, however, returns from deer products were disappointing then as now, and the Omanu cutting facility was disposed of soon after its purchase.

The company's first attempts to get into the business of supplying non-human consumers came in 1953, when an attempt was made to develop pet foods from jellied veal. This venture was short-lived. Similarly, in the mid- 1960s, Innes Harkness devised a recipe and the necessary equipment to produce dog biscuits from Horotiu. This was moderately more successful, and while never a great money-spinner — it was intended as a service to the farmer rather than a money-maker — the cost of the raw material (meat meal) soon made it uneconomic.

In 1988, the company was at it again, this time in partnership with a Japanese company called Ajinomoto General Foods in a venture called International Pet Foods Ltd. This Mount Maunganui-based concern manufactured catfood for the local market under the brand name 'Garfield' — under licence from Jim Davis, the creator of the popular cartoon of the same name — and food for the discerning Japanese dog under the brand name Gaines Chance. The company took full control of the venture in 1998, but operating in a dog-eat-dog industry, International Pet Foods was never profitable, and in April 2004, it was sold. Meanwhile, the company had briefly produced Lucky Dog Roll, acquired along with the Tenderkist smallgoods business of the Wanganui Abattoir from Waitaki.