**PLAINTIFF'S EXHIBIT 4**

# Chairman's Address

24th November, 1983.

I am pleased to be able to report that the year under review has been another successful one for the company. This was due to a large extent to the very good throughput we had through our three plants. Our sheep and lamb kill was almost 463,000 better than the previous year, and the best kill we have had since the 1972/73 season, even though we were operating four plants for eight of those years. Our cattle kill, although being much lower than we would like to see it, was nevertheless 12,500 head better than last year. A highlight on the processing side was the outstanding performance of our Rangiuru plant where we handled over 1 million sheep and lambs. This was the first time this has been achieved in a two chain plant in the North Island, and only the second time in New Zealand. The previous occasion was over 20 years ago. In addition to this fine effort, Rangiuru also processed over 95,000 cattle.

The good result for the year was also helped by the devaluation of the New Zealand dollar in March of this year, which boosted the returns for products we had on hand at the time of the devaluation.

Our nett profit for the year was $11.5 million after payment of taxation and rebates to shareholders on their stock supply and the provision of $3.5 million depreciation. This profit includes a capital gain of $.7 million on the sale of assets. This compared with a profit of $3.7 million (including a capital gain of $.1 million) the previous year after writing off an extraordinary item of $5.2 million for the book loss on plant and buildings, on the sale of the Southdown lease.

A nett profit such as we have made this year is absolutely essential to a company of our size, to enable us to provide new buildings and plant and to introduce modern technology. We must be able to do these things in order to improve our efficiency, to reduce costs and to keep right up-to-date with market requirements.

## ACCOUNTS:

Our working capital at $13.6 million showed an improvement of $1.6 million on the previous year. Our long term liabilities were reduced during the year by $9.1 million. These now stand at $17 million. Our short term borrowing was reduced to $14.4 million compared with $29.5 million last year. This situation was brought about largely by the fact of the Meat Board owning the Mutton and Lamb. Shareholders' funds at $51.5 million are up $13.2 million on last year and shareholders' equity (shareholders' funds as a percentage of total assets) improved considerably from 33.2% last year to 46.2%.

During the year a total of $5.7 million was paid in rebates to farmer shareholders and over schedule payments for livestock.

## REBATE AND DIVIDEND:

Your Directors decided to maintain the rebate to shareholders at the same level as last year, that is, 30 cents for each stock unit. However this year all shareholders whose share requirement is not fully paid, have received 10 cents per stock unit in cash, irrespective of the percentage of their shareholding requirement is paid to.

In coming to the decision to keep the amount of the rebate per stock unit the same as the previous year, your Directors were anxious to operate within the spirit of the Wage and Price Freeze Regulations.

Statements and cheques for the rebate were sent to shareholders last month. Your Directors are also recommending a dividend of 10% on "other than supplier" shares.

## SHAREHOLDERS:

For the company to obtain the greatest benefit from its co-operative status, it is necessary for as many suppliers as possible to be shareholders. To this end, during the year a concentrated drive was made in this direction with most pleasing results. At 30th June, 1982 we had 9631 farmer shareholders. This number has now increased to just on 11,500 and continues to increase monthly.

## COSTS AND INFLATION:

For a number of years in these addresses I have found it necessary to comment on the high rate of inflation in this country and the frightening spiral of increasing costs. It is refreshing to be able to report this year that the Wage and Price Freeze Regulations which were introduced in June 1982, and which are still in force, have been successful in holding costs generally and in reducing inflation to a more acceptable level.

It is essential that when the present Wage and Price Freeze comes to an end on 29th February next year, that a system is put in its place that will keep prices and wages very much in check.

Prices for our meat on overseas markets are not going up and there is nothing to indicate that this is likely to happen in the foreseeable future. In order to ensure the future viability of the farming industry, we have a responsibility to do everything within our power to hold costs generally and to in fact reduce unit costs by improved productivity. This can best be done by greater throughput and by the introduction of modern technology and improved flow lines.

Under today's conditions, with static or reducing stock numbers in our catchment areas, the former alternative is not easy to achieve. The second alternative can be achieved, but only if we make sufficient profits to enable us to do it. Modern flow lines and new buildings and new technology will enable us to achieve a significant reduction in the running costs.

We have told our workforce at Horotiu and Moerewa that we intend to remain on our present sites and to redevelop these plants where necessary over a period of years. They have also been told that for us to be able to do this and remain competitive, there must be a significant reduction in the number of people employed as redevelopment takes place. People displaced will, whenever possible, be re-employed on that Plant in a different capacity and if necessary retrained. Redundancies will be a last resort.

The Company is dedicated to this course. There is no more fat in the system and the unions have got to understand this. Unit costs must reduce if our industry is to survive.

## CATTLE NUMBERS:

As I have said on a number of occasions, throughput through our Plants is one of the main factors in influencing our costs. The higher the throughput, the lower are our unit costs and vice versa.

Your Directors have been very concerned at the way cattle numbers have reduced in the North Island over the past few years. This was accentuated further by the severe drought in the Hawkes Bay/Gisborne area last summer, which forced the killing of large numbers of capital stock.

In order to endeavour to offset this reduction in numbers, Affco was a prime mover this year in urging farmers to save their bull bobby calves and rear them to the weaner stage. Our efforts and the efforts of those who worked with us on this project, resulted in many calves being saved.

I am very pleased to say that recent weaner sales and private sales have produced very strong prices, which have well rewarded those farmers who acted on our plea not to send good bull calves to the works.

## LAMB GRADING:

As you know, the Meat Board has altered the lamb grading for the season just commencing. The old P grade has been split into two leanness categories. The fatter category is being designated as T grade. All T grade carcases must be cut and trimmed for export.

For this season there will be no price difference in the schedule for the two grades but there will be next season when T grade carcases will be discounted. Unfortunately, the Meat Board has not yet announced what the differential in the schedule will be and as we understand it, they do not intend doing this before January at the earliest. This differential could be substantial and we urge farmers to study their weightnotes carefully and to take notice of the number of carcases graded T. Remember that next season you will probably be receiving substantially less for these carcases than for those graded P.

If the numbers in grade T warrant it, you should be looking at your farm practices with a view to eliminating or reducing the number of carcases in this grade for next season.

## INDUSTRIAL RELATIONS:

During the year under review we have carried out a programme designed to educate our workforce on the need to reduce costs. We are pleased to report that the principle has been accepted. Specifically, the workers have agreed that there will be a substantial reduction in the number of people employed over the next few years. This will be achieved by changes in working practices, the installation of new plant, and other capital expenditure.

Work stoppages during the year were the lowest for many years. In the main, the Auckland Unions continue to act in a responsible manner when disputes arise at the Plants.

Absenteeism at our plants is still a major matter of concern. The Company must carry surplus people in order to guard to some extent against shortages. In spite of this, shortages in the workforce still occur, resulting in reduced throughput. This problem is being tackled energetically by our Plant Managers.

Attempts to reach a national agreement on the introduction of new technology have failed. The Auckland Freezing Workers' Union are moving towards a district agreement with the Auckland Companies. Significant progress has been made and we are hopeful that an agreement will be finalised shortly.

## CAPITAL EXPENDITURE:

Early this year all Meat Processing Plants in New Zealand were inspected by a team of E.E.C. Veterinarians. The purpose of this inspection was to determine whether plants were going to be able to continue exporting to the E.E.C.

The most significant capital expenditure during the year therefore, was in the area of seeing that our plants met E.E.C. hygiene requirements. This work included resheathing of chiller walls at Rangiuru and of cold store walls at Horotiu and Moerewa. There was also work carried out on renewing concrete floor surfaces at Moerewa and surface drainage at Horotiu.

I am pleased to be able to report that our three plants all now qualify as category one under the E.E.C. listing.

Concurrently, with the hygiene expenditure, the Company has continued its policy of investing in projects that will improve the technical and economic performance of the plants. Automatic weighing and grading of mutton and lamb carcases will be operative at all plants for the commencement of this season. The conversion of the Moerewa boilers from oil to coal will be completed by the beginning of December. This will, on the present cost of coal, reduce costs by $1 million per year.

On the technical side there has been investment in skin packaging machinery to produce consumer pack variety meats. This is proving to be a very worthwhile project and will considerably enhance the monetary return from these products.

We have also provided sheep and lamb skin washing facilities at Rangiuru which will improve the quality of the fellmongered pelts. Immobilisation equipment has been installed on all mutton and lamb chains. This will be of great assistance in the processing of carcases for Muslim countries such as Iran.

During the year a total of $5.8 million was spent on capital work and major repairs and maintenance jobs and alterations.

## DAIRY PRODUCE STORES:

A total of 138,500 tonnes of Dairy Produce was received into the Company's cold stores during the financial year, an increase of 6,500 tonnes on the previous year. This is close to the average receipts over the last ten years of 137,800 tonnes. However, the average annual receipts in the decade prior to that was 182,600 tonnes.

The 1982/83 throughput was assisted by 3,700 tonnes of local butter pats normally distributed through the Mt. Eden factory of New Zealand Co-operative Dairy Co. Ltd. but following its closure, handled through our Auckland stores, until the Co-op's new store at Paerata is ready. 4,800 tonnes of American butter were received and throughput was also kept up by the need to stockpile butter from inland factory stores at Affco Port Stores prior to loading on conventional ships for Russia.

Mt. Maunganui also handled 196,729 trays of Kiwifruit and a dramatic increase is expected in the 1984 season when, as seems probable, the balance of stage one of the store is converted to handle this fruit.

This is not the first time the company has received Kiwifruit as it was handled at the Kings store in 1968 and 1969.

The production of Dairy Product directed to our stores is controlled by the New Zealand Dairy Board. Considerable additional storage capacity has been provided in recent years on sites adjacent to Dairy Company factories, with direct container loading taking place there. However, the port stores owned by Affco continue to make a very useful contribution to the facilities required by the Dairy Industry and play a special part in preparing the smaller "grocery" trade orders for the Pacific Basin, Far East and the West Indies, as well as conventional ship loadings for the Middle East and Russia.

The Dairy Board's Common Tariff system of funding the stores ceased at the end of our 1982 financial year, having applied since the 1973/74 year. Along with the

AFFCO 100194

other Cold Storage Companies, an arrangement has been made with the New Zealand Dairy Board that they now reimburse companies with the actual costs of operations with the exception of depreciation. Depreciation is not included as a cost as the Board itself will meet the cost of all reasonable repairs and maintenance and capital expenditure required. Each year the Dairy Board will also share out a "Management Fee" between the various Cold Store companies which will be distributed to the Dairy Company shareholders. Details of this are still to be finalised and any allocation in respect of 1982/83 is not yet known.

Thus, despite the uncertainty of annual throughput, Affco can be assured of recovering its costs and maintaining the dairy assets in good condition.

For efficiency, storage companies have calculated and agreed on budgeted costs for the operation of individual stores, and a committee set up by the Dairy Board comprising its officers and Cold Store representatives, is to review budgets and results, and develop ideas for improving management techniques and achieving greater efficiencies.

The commercial arrangement of handling Kiwifruit at Mt. Maunganui is between the Dairy Board and the Kiwifruit interests concerned. Affco debits the operating costs to the Board in the same manner as it does for Dairy Products and the Board collects the revenue from the Kiwifruit clients. Affco has agreed to make the store available for Kiwifruit for a period of ten years. Affco did not have to meet the cost of converting the store to be suitable for Kiwifruit. This was met by the Dairy Board.

With the control of Dairy Produce storage now being so much in the hands of the Dairy Board and the reducing proportion of Dairy operations in relation to the Company's total entity, your Directors consider that the appointment of four Dairy Company Directors to the Affco Board, which was instituted in 1934, is out of line. The Board is taking steps to have discussions with the Dairy Companies to seek their agreement to reduce the number of "Dairy" Directors.

If agreement is reached on this matter, the number of farmer or "A" Directors would be increased to give a wider Director representation throughout our service area.

### DAIRY MEAT POOLS:

These pools were again a great asset to the company and the number of cattle killed through them was much in line with the previous season. We would like to see members each giving us a few more cattle outside the peak killing months of April and May. This would take the pressure off these months and reduce some of the frustrations that occur when farmers can't get cattle away when they want to because of the pressure on the plants.

Those pool members who operated through the Affco Co-operative Marketing Pool received a final payment of 12.55 cents per kg. on stock supplied. This payment was in addition to full schedule, plus any premiums paid at time of kill. As well as this, pool members have also received their shareholders' rebate.

### OWN ACCOUNT POOLS FOR WOOL AND PELTS:

As mutton and lamb carcases are now owned by the Meat Producers Board, we are no longer running Own Account pools for sheepmeats. For this coming season however, we intend to run Own Account pools for wool and pelts, for any suppliers who choose to market their skins in this way. There will be a separate pool for each month's production.

### ASSOCIATED NEW ZEALAND FARMERS (U.K.) LTD:

This company is owned by three farmer owned companies, Alliance Freezing Co. (Southland) Ltd.,

Hawkes Bay Farmers Meat Co. Ltd. and Affco, and has depots in England at Avonmouth, Luton, Sheffield and Manchester.

The year just finishing has not been an easy one for meat marketing in the United Kingdom. Under the circumstances, we are satisfied with the present performance of this company. The main business of ANZF (UK) Ltd. is the marketing of New Zealand lamb and variety meats but it does sell some domestic meat when it is considered that doing this is beneficial to the overall efficiency of the company.

At present 10,000 lamb carcases per week are being fabricated at our Luton depot into retail cuts. This cutting is being done to the specifications required by the supermarkets. Alterations are now being made at Luton so that this number can be increased to 15,000 to meet the current demand.

With the decline in the importance of Smithfield market in the meat business, our stall ceased to be profitable and has recently been sold.

### MACPHERSON NEW ZEALAND PRODUCE CO. LTD:

This company is 20% owned by each of four New Zealand Companies, Alliance Freezing Co. (Southland) Ltd., Hawkes Bay Farmers Meat Co. Ltd., Southland Frozen Meat Co. Ltd. and Affco, and one English company, MacPherson, Train and Co. Ltd. The company markets the shareholders' wool in the United Kingdom. We are well satisfied with the progress of this company.

### TOP TRADING CO. (N.Z.) (1982) Ltd:

In my address to shareholders at last year's Annual Meeting, I said that five New Zealand companies — Alliance Freezing Co. (Southland) Ltd., Hawkes Bay Farmers Meat Co. Ltd., Southland Frozen Meats Ltd., Waitaki N.Z.R. Ltd. and Affco had formed a New Zealand company, Top Trading (NZ) (1982) Ltd. as equal partners. This company had purchased a 51% shareholding in a Japanese company, Top Trading (Far East) Ltd. I now want to report that soon after the New Zealand company was formed, Waitaki N.Z.R. Ltd. decided that they preferred to operate on their own rather than through the new company and their shareholding will be purchased equally by the other four partners. The Japanese company is marketing the partners specialty lamb cuts and their variety meats in Japan and we are pleased with its performance.

### INDUSTRIAL PARK COOLSTORES LTD:

We have a 50% shareholding in this company which operates the two relatively modern palletised cool stores which were previously part of our Southdown plant. The other 50% shareholder is Industrial Park Holdings Ltd. It was this company to which we sold the Southdown lease. Industrial Park Holdings Ltd. has been successful in purchasing the freehold of the Southdown property from the Dilworth Trust Board, and subsequently, Industrial Park Coolstores Ltd. purchased the freehold of the cool stores property from Industrial Park Holdings Ltd. subject to the approval of the subdivision by the One Tree Hill Borough Council.

The company is performing well and has achieved a very good occupancy of the two stores.

### SOUTHDOWN FELLMONGERY:

We are leasing the Southdown Fellmongery from Industrial Park Holdings Ltd. where we handle the sheep and lamb skins from our Rangiuru Plant, as well as skins from several outside sources. This operation made a significant contribution to the profit of the company in the year under review.

### KILLING CHARGES:

The last time we increased killing charges for sheep and lambs was in November, 1981. Charges for cattle have not been increased since November, 1980. We do not intend to make any increases in our charges for the beginning of the current season, in spite of increased costs in some areas. We will have to review the situation if there is a wage increase when the Wage and Price Freeze regulations cease to operate after 29th February next year.

### SHAREHOLDER AREA MEETINGS:

During the year a shareholder area meeting was held in each of our three wards. In January and February meetings were held at Paengaroa and Te Rapa, and in April a meeting was held in Whangarei.

We also held a number of smaller less formal meetings throughout our service area at Kaitaia, Dargaville, Maungaturoto, Cambridge, Putaruru, Waihi and Te Kauwhata. All these meetings were appreciated by those shareholders who attended them, and also by the Directors and Executives who value the exchange of views on various aspects of the Company's operations.

### COMPANY FARMS:

Last year I reported a change in the emphasis of the Company's farms. This change in policy is now fully established and despite the difficult times we are facing in farming, this financial year's result is pleasing.

A major area of our farming operation is based in Northland, which suffered from a fairly severe drought. Our other farms were affected by dry conditions to a lesser extent.

A large part of our farming operation is based on letting contracts to rear bull calves and then carrying those bulls for a further twelve months to slaughter. The financial results are rewarding to the company and we are utilising what was almost a waste resource from the dairy industry — bull calves.

The financial results to the nation are also rewarding in the increase in our export earnings. The F.O.B. value of our average bull is about $460 more than for a bobby calf.

The area planted in asparagus at Horotiu is producing well up to expectation, although still on a limited scale.

### MARKETING:
### REPORT OF THE MEAT INDUSTRY TASK FORCE

In May of this year the Government appointed a task force to report on the marketing of our meat. The task force presented their report to the Minister of Agriculture at the end of August. This report was most controversial and has been the cause of intense discussion and lobbying in all branches of the farming and meat industry up to the middle of this month when the Government came out with its decision on the matter.

The Meat Board has been charged with the task of setting up a Meat Industry Council and funding its separate secretariat until legislation can be passed by the Government as early as possible in 1984. This Council will report to the Minister and to the Industry and will act in an advisory capacity to the Meat Board. It will include a representative from the Freezing Companies Association and one from the Meat Exporters Council.

It is hoped and expected that the Meat Board and the Meat Industry Council will establish a marketing system for sheepmeats that will involve the expertise and knowledge of Meat Exporters who have something to contribute, to the full.

Affco is one of those exporters who will have plenty to contribute and we expect to be fully involved in the marketing of sheepmeats.

Now that a decision has been made on this matter we hope that the Meat Board, the Meat Industry Council, and the whole meat industry will work closely together with a view to seeing that New Zealand farmers get the best possible returns for their meat on the world markets.

### GENERAL:

This year has again been a most difficult one as far as marketing is concerned. Although there has been a reasonable return from beef, all mutton and lamb has been taken over by the Meat Board and all sales made by the company have been on its behalf on a commission basis.

The world situation for red meats has not improved. Consumption is down and the production of chicken and pork has increased. There are signs, however, that with the present grain shortage throughout the world, the raising of pigs and poultry could be less economic in the short run.

Under the common agriculture policy in the E.E.C., production of both sheepmeats and beef is increasing and these products are now competing with our own in markets outside the community. We understand that the E.E.C. beef mountain is again on the increase and at present stands at around 250,000 tonnes.

Japan is under considerable pressure from the United States to increase its quota for grain-fed beef into that market. For some years now New Zealand has endeavoured unsuccessfully to obtain a special quota for its beef which is acknowledged as being of better quality than the Australian.

These factors together with the restraint agreements on beef and bobby veal which are in force in the U.S.A. and on sheepmeats and beef in the European Community, all make their contribution to the difficulties that exist today on the meat marketing scene.

During the year we have continued our policy of further processing and the production of specialty products of both beef and lamb. We have extended our facilities for the production of vacuum packaged chilled beef and can now, subject to the availability of suitable cattle, meet all the demands of our customers for this product.

In addition, we are increasing our facilities for the export of chilled lamb cuts by sea and air to meet market requirements which we are developing and expanding.

As well as beef and lamb we are finding increasing markets for vacuum packaged chilled variety meats.

Over the year we have developed skin packaging for consumer packages of frozen variety meats which go directly into the supermarket cabinets of our customers in various parts of the world.

Our policy over the years has been to develop a relationship with the end-users of our product and this policy has proved invaluable in that we are able to meet the customers' exact requirements. We make a point of visiting our markets regularly, and during the year our staff have been in Europe, the Middle East, and Japan and we have been represented at major Food Fairs in Saudi Arabia in February and Japan in March of this year.

AFFCO 100195

## LAMB

As I mentioned earlier, over the past year all the lamb has been owned by the New Zealand Meat Producers' Board and we have sold on their behalf. Generally we have continued to supply our customers with Affco brand product, but nevertheless the year has been very frustrating. This, of course, was to be expected with the Meat Board feeling its way in this first year of their ownership of the product. Affco has done all within its power to assist the Meat Board with its marketing programme during the year.

In the interests of all New Zealand there must be a united approach to the marketing of our sheepmeats and all involved must co-operate to ensure that the best expertise and people are available to get the best return possible for the product.

In the United Kingdom there was a massive carry over of 1981/82 season's production into this calendar year. The Meat Board mounted an intensive promotional programme and sales of old season's product in the first three months of this year were of record proportions. Unfortunately, later sales of new season's product have been below budget and there will be a much greater carryover of old season's product into January 1984 than was at one stage hoped for.

The Board's policy of cutting a higher percentage of lamb this year has meant that there are substantial quantities of primal cuts available on the United Kingdom market. This has upset the normal flow of carcase product which is a traditional requirement and one which cannot be changed overnight.

There have been lower tonnages sold in the European markets during the year but sales to the Middle East have been up. There was a substantial sale of mutton and lamb to Russia which enabled stocks to be reduced.

## MUTTON

Due to the storage situation earlier in the season, and also at the Meat Board's request, somewhere between 40 to 50 percent of the mutton production in the country has been boned this year. Affco boned out over 90 percent of its production. We understand that while carcase sales have remained steady there are still quite large quantities of boneless mutton held in storage throughout the country.

## BEEF

The United States continues to be our only major market for manufacturing beef and bobby veal. Last year, because of the over-production in Australia, brought about by the severe drought in that country, we were forced into a voluntary restraint agreement with the United States to restrict our shipments for the 1982 calendar year. Unfortunately, before this agreement was finalised we had already shipped in excess of our total entitlement. This meant that any product arriving in the United States after mid-October 1982 had to held in bond until the beginning of January.

Over the years we have developed arrangements with end-users in the United States whereby we supply product on a regular basis for delivery the year round. Unfortunately, because of the restrictions I have just mentioned, there was a period of two months at the end of last year when we were unable to supply and most of these customers turned to domestic production as the alternative.

Again this year, despite the fact that we had an increased entitlement to 165,000 tonnes of beef and bobby veal into the United States, this level was reached on October 12th and we were in the position of having to again advise our customers that we would be unable to supply them with further product until the first of January next year.

Their reaction was predictable and with the volume of domestic production which is available at present in the United States we will be fortunate if we can retain them as customers in the future, as continuity of supply is a most important point of our association with these people.

During the last three or four months, as a result of a severe drought in the United States, killings of domestic cattle have been at very high levels. Pig kills have also been very high. This means that there are more than adequate supplies of fresh domestic meat available for the manufacturers. For some years now, because of the subsidies on dairy produce, dairy cattle numbers have been increasing in the United States and there have been more than the usual number of dairy cull cows available for slaughter. We have also noticed on world markets, that there appears to be products from about a million more bobby calves available from the USA.

Bobby calf skins from the United States have been offered to traditional New Zealand users in Italy, Japan and Korea. Fresh livers have been much more available in North America, resulting in little or no market for our livers on that market. Increasing quantities of fresh domestic bobby veal are also available to manufacturers in the United States and this adds to the difficulties of selling our frozen production.

At present, there is a bill being considered in the United States to withdraw subsidies on production to dairy farmers. If this bill becomes law it is anticipated that it could result in the slaughter of a million additional dairy cows.

While in the long-term this would be ideal from New Zealand's point of view, the short-term result would be an over-supplied beef market at lower prices.

We are therefore concentrating on developing more interest for New Zealand manufacturing beef in Korea and Japan and this year there has been an increase to almost 10,000 tonnes of beef to these countries.

We have continued to develop markets for vacuum packaged chilled beef throughout the world. These are mainly in the Middle East and the Pacific Basin area, including Australia. Unfortunately, there is now a severe shortage of good quality beef to meet the requirements of these markets.

## SLIPE WOOL:

There was a good demand for slipe wool throughout the season. Prices have remained firm and this situation is expected to continue for the coming season.

## SHEEP AND LAMB PELTS:

Sales of pelts moved along steadily throughout the season at reasonable prices and tanners were able to sell their finished material on to the world markets. This was in contrast to previous recent seasons which saw large fluctuations in prices for pelts which caused great uncertainty and financial problems among overseas tanners. At the present time major lamb pelt tanners in France and the United States are short of raw material and indications are that most of them have good forward orders for their finished products. The outlook for the coming season is that prices for sheep and lamb pelts should remain firm.

## HIDES:

The demand for hides both salted and wet blued, was good throughout the season. The demand for salted hides for Italy, which has been our traditional market for this product, has continued to decline. The growing demand for this market is for wet blued hides. Not having wet blue, eliminates much of the effluent disposal problems for the Italian tanneries. Because of the serious problems they have in this area, their demand for salted hides is likely to continue to diminish.

On the other hand, Japan has continued to purchase increasing quantities of salted lightweight hides for the upholstery trade.

As with pelt tanners, most hide tanners have had a satisfactory year and were able to sell their finished leather on to the world markets. Consequently, they are not holding large stocks and most have good forward orders. Indications are for another good year for hides.

## EARLY LAMBING TRIALS:

The Company has given financial support to experimental work on Autumn lambing being carried out by the Department of Scientific and Industrial Research, with the support of the Ministry of Agriculture, in Northland. The scheme is designed to find out if Autumn lambing could benefit farming in terms of better pasture utilisation. If this scheme is successful it could have benefits in the supply of early lambs for specific markets.

## PROSPECTS FOR THE 1983/84 YEAR:

We do not anticipate as good a result for the year ended 30th June, 1984 as we have had for the year under review. Cattle numbers in the North Island are again down and we are budgeting on our kill for this class of stock being down by 30,000 to 40,000 head this year. This is a lot of cattle and will have a substantial effect on our profitability. The lamb kill is also of concern to us. It has been estimated that this season there are 1 million less lambs in the Hawkes Bay/Gisborne area than there were last season. To make this worse, there are two extra killing chains in that area, one at Waitaki N.Z.R's Wairoa plant and one at Hawkes Bay Farmers Meat Company's plant at Takapau. This means that companies in this area will be looking further afield for their supplies of lambs and this will make things more difficult for us.

At this stage we can see no signs of any likely improvement in prices for our meat on world markets and the prospects of our doing as well on the marketing side of our business as we did last year when we were helped by a surge in the price of boneless beef on the USA market and by a devaluation, are not good.

It is always important that shareholders support us with all their stock, but this season it is more important than ever.

## CONCLUSION:

It is now two and a half years since Affco reduced from a company with four plants to one with three and it is pleasing to record that the forecast that was made at the time and on which the Directors based their decision, has proved correct. The company's position has improved immeasurably and today we are in a strong position to face the future with confidence.

This could not have been possible without the total support of a top-flight management team and the Directors wish to publicly express to Mr Gibson and his staff their sincere appreciation of their excellent performance.

With shareholders also supporting their own company with all their stock, thus ensuring that most important of all requirements for a successful organisation, a good throughput, I am certain that an even stronger company will be the result. This will benefit both shareholders and our total workforce.

**DAVID LEWIS**
**CHAIRMAN**

(Confidential to Shareholders)
Not for Publication)

## From the Annual General Meeting

This year's Annual General Meeting attracted approximately 80 people and was notable for both its expressions of pleasure at the Company's performance over the year under review, and also the Directors' and Management's actions in their continuing efforts to reduce costs and improve productivity.

**DIRECTORS:**
One nomination had been received from Mr W.R. Storey in respect of Ward 2, and one from Mr B.B. Wills in respect of Ward 3. Mr Storey and Mr Wills were declared elected for the ensuing three year term.

**DIVIDEND:**
A dividend of 10% was declared in respect of the year ended 30th June, 1983 to be paid to members in respect of shares recorded as "other than supplier" shares as at 30th June, 1983.

**MAIL ORDER NEW ZEALAND LAMB — U.S.A. AND CANADA.**
Mail ordering meat in New Zealand is a new venture, but one which we are sure will solve many gift problems.

The Meat Export Development Company (N.Z.) Ltd (DEVCO) have at present two "Gift Packs" available: the "Standard" at a cost of NZ $75.00 and the "Delux" at a cost of NZ $105.00. These prices are all inclusive with the exception of a NZ $6.00 delivery charge for areas West of the Rockies.

The "Standard" pack consists of two 5lb bone-in legs of lamb and twelve 3oz baby loin of lamb chops.

The "Delux" pack has one approx. 4lb boneless leg of lamb, two 5lb bone-in legs and twenty-four 3oz baby loin of lamb chops.

These are packed along with dry ice in a re-usable chilli-bin type container. Included with this is a small recipe booklet and, if required, a personal message from you.

The gift is delivered to the door of your nominee, who has received prior notice of its arrival. If, for some unforeseen circumstance, the gift does not arrive in perfect condition, there is a full money back or replacement guarantee.

If you wish to place an order please send your name and address, your nominee's name and address (incl. Zip Code) and a cheque to Mrs Elizabeth Tweed, Gift Pack Co-ordinator DEVCO, P.O. Box 2799. Wellington. Please allow three weeks for delivery as there can be delays in transporting product.

## IMPORTANT NOTICE TO AFFCO SHAREHOLDERS

PLEASE ENSURE THAT YOUR **SHAREHOLDER NUMBER** IS QUOTED ON CONSIGNMENT CARDS FOR ALL STOCK CONSIGNED TO AN **AFFCO** WORKS.

IF THIS IS NOT DONE, THERE IS A POSSIBILITY THAT THE STOCK WILL NOT BE RECORDED AS A SHAREHOLDER KILL AND THUS FAIL TO QUALIFY FOR ANY REBATES THAT MAY BE DECLARED.

AFFCO 100196