**PLAINTIFF'S EXHIBIT 5**

*x*

**Kadasa Law Firm**
Attorneys & Legal Advisors
Trademark & Patent Agents



كـدسـة للاسـتشـارات القـانـونية
محـامـون و مستشـارون قانـونيـون
وكلاء تسجيل علامات تجارية وبراءات اختراع

التاريخ ٢٩/٩/٢٠ ١٤٢٩هـ        الموافق ٢٠٠٨/٠٩/٢٠م

سعادة مدير إدارة العلامات التجارية        المحترم

<u>الموضوع : طلب تسجيل علامة تجارية</u>

السلام عليكم ورحمة الله وبركاته وبعد .

نتقدم إليكم مع طلبنا هذا باستمارة طلب تسجيل العلامة التجارية التالية :-

كلمة (أفكو) بحروف لاتينية تحتها رسم أربع نجوم على مستطيل كما بالشكل الموضح.   الفئة ٢٩

**AFFCO**

لشركة : أفكو نيو زيلاند ليمتد

**AFFCO NEW ZEALAND LIMITED**

مع المستندات اللازمة لذلك، راجين الإيعاز لمن يلزم اتخاذ الإجراءات الضرورية.

و تفضلوا بقبول فائق الاحترام

المستشار القانوني

ناصر علي كدسه

المرفقات :

١. استمارة الطلب.

٢. ١٠ صور للعلامة.

٣. صورة التوكيل.

١٣٥٤٩٨

Licence 31/24 - C . C . No : 18182
Kingdom of Saudi Arabia - P.O.Box 20883 - Riyadh 11465
Tel.: +966 (1) 474 0777 - Fax: +966 (1) 474 1070 - 478 5478
www.kadasa.com.sa - info@kadasa.com.sa

ترخيص رقم ٣١ / ٢٤ - عضويه الغرفه التجارية ١٨١٨٢
المملكة العربية السعودية - ص.ب ٢٠٨٨٣ - الرياض ١١٤٦٥
هاتف: ٧٧٧٠ ٤٧٤ (١) ٩٦٦+ – فاكس: ٤٧٤ ١٠٧٠ – ٤٧٨ ٥٤٧٨ (١) ٩٦٦+

AFFCO 100210

x

المملكة العربية السعودية
وزارة التجارة و الصناعة
إدارة العلامات التجارية

بسم الله الرحمن الرحيم
استمارة طلب تسجيل علامة تجارية

بيانات عن طالب التسجيل و صفة العلامة

اسم طالب التسجيل : أفكو نيو زيلاند ليمتد

**AFFCO NEW ZEALAND LIMITED** : Applicant's Name

عنوان طالب التسجيل : أفكو هيد أوفيس ، ستيت هايواي ١ ، هوروتيو ، وايكاتو ، نيوزيلاند

Affco Head Office, State Highway 1, Horotiu, Waikato, New Zeland : Applicant's Address

جنسية طالب التسجيل : نيوزيلاندية

وصف العلامة : كلمة (أفكو ) بحروف لاتينية تحتها رسم أربع نجوم على مستطيل كما بالشكل الموضح

اسم و عنوان الوكيل بالمملكة العربية السعودية الذي ترسل له المكاتبات و المستندات المتعلقة بالعلامة :

المستشار القانوني ناصر علي كدسه ، كدسه للإستشارات القانونية

ص. ب.٢٠٨٨٣ ، الرياض ١١٤٦٥ ، هاتف: ٤٧٤٢٦٧٤-١-٩٦٦ ، فاكس: ٤٧٦١١-١-٩٦٦

حق أولوية تسجيل العلامة ( إن وجدت ) :

تاريخ تقديم الطلب :              رقمه :              البلد الذي قدم فيه :

بيانات المنتجات الخدمات و فئتها ( ٢٩ ) :

اللحوم ومنتجات اللحوم؛ خلاصات اللحوم؛ الحليب وغيرها من منتجات الألبان؛ الزيوت والدهون المعدة للأكل. الفئة ٢٩

خاص بالإستخدام الرسمي

رقم الإضافة :              تاريخ الإضافة :              رقم الطلب :              تاريخ

              توقيع الموظف المختص

الرقم الخاص :              رقم الملف              رقم الإيصال

كود الإضافة

أطلب تسجيل العلامة الموضحة أعلاه وأقر بأنها من ابتكاري و ليست تقليداً أو منقولة عن أي علامات أخرى مملوكة للغير

مقدم الطلب : المستشار القانوني ناصر علي كدسه              الصفة : وكيل

التوقيع :              التاريخ : ٢٠-٩-١٤٢٩              الموافق ٢٠-٠٩-٢٠٠٨

AFFCO 100211



٢٤٥٠

الرقـم : ٢٨/

التاريخ : ٧ صفر ١٤٣٠

المرفقات :

7/2/1430 → 2/2/2009

7/4/1430 → 4/4/2009

المملكة العربية السعودية

وزارة التجارة والصناعة

العلامات التجارية

السادة /كدسة للاستشارات القانونية            المحترمين

ص.ب (٢٠٨٨٣) الرياض (١١٤٦٥)

السلام عليكم ورحمة الله وبركاته:

إشارة إلى الطلب المقدم منكم بالوكالة عن افكو نيوزيلاند ليمتد لتسجيل العلامة التجارية كلمة افكو بحروف لاتينية اسفلها رسم اربع نجوم المودعة برقم ١٣٥٤٩٨ بالفئة (٢٩).

نفيدكم برفض العلامة المذكورة وذلك لتطابقها مع العلامة افكو المسجلة بـرقم ١٢/٦٧١ لـشـركة اميركان فاين فود كورب استناداً للمادة (٢/ل) من نظام العلامات التجارية.

ويمكنكم التظلم من قرار الرفض أمام معالي وزير التجارة والصناعة في مدة أقصاها ستين يوماً من تاريخ استلامكم لهذا الخطاب طبقاً للمادة (١٣) من نظام العلامات التجارية.

ولكم خالص تحياتي،،،

مدير عام إدارة العلامات التجارية

نواف بن نايف المطيري

C:INTER/TM/1004

العنوان : وزارة التجارة والصناعة ، المربع – طريق الملك عبدالعزيز – الرياض الرمز البريدي ١١١٦٢ – هاتف : ٤٠١٢٢٢٢

AFFCO 100212



**K a d a s a   L a w   F i r m**
Attorneys & Legal Advisors
Trademark & Patent Agents

كـيـدسة للاستشارات القانونية
محامـــون و مستشــارون قانونيــون
وكلاء تسجيل علامات تجارية وبراءات اختراع

التاريخ: ٩/ ٤/ ١٤٣٠هـ
الموافق: ٢٠٠٩/٤/٥م

معالي وزير التجارة والصناعة                    حفظه الله
وزارة التجارة والصناعة – الرياض

**المستظلم:** شركة أفكو نيوزيلاند ليمتد، ويمثلها وكالة المستشار القانوني ناصر علي كدسه
وعنوانه: ص.ب٢٠٨٨٣ الرياض ١١٤٦٥ .

**المتظلم ضدها:** إدارة العلامات التجارية – وزارة التجارة والصناعة.

**الموضوع/** تظلم من قرار رفض تسجيل العلامة التجارية كلمة ( أفكو بحروف لاتينية تحتها رسم
لأربع نجوم على مستطيل ) المودعة تحت الرقم (١٣٥٤٩٨) على الفئة (٢٩)، باسم: شركة أفكو
نيوزيلاند ليمتد.

السلام عليكم ورحمة الله وبركاته،

نيابة عن موكلتنا شركة أفكو نيوزيلاند ليمتد ( شركة نيوزلانديه )، نتقدم لمعاليكم بهذا التظلم ضد
قرار رفض تسجيل علامة موكلتنا تأسيسا على الوقائع والأسانيد النظامية التالية:-

## الوقائع

١. بتاريخ ١٤٢٩/٩/٢٠هـ الموافق ٢٠٠٨/٩/٢٠ م، تقدمت موكلتنا بطلب لتسجيل العلامة كلمة
(أفكو بحروف لاتينية تحتها رسم أربع نجوم على مستطيل ) بالفئة (٢٩) حيث أودع الطلب
بالرقم (١٣٥٤٩٨).

**( مرفق صورة من طلب التسجيل – مستند رقم "١").**

٢. بتاريخ ١٤٣٠/٢/٢هـ أصدرت إدارة العلامات التجارية قرارها برفض العلامة المذكورة
بحجة تطابقها مع العلامة أفكو المسجلة برقم ١٢/٦٧١ لشركة اميركان فاين فود كورب،
استنادا للمادة (٢/ل) من نظام العلامات التجارية.

**(مرفق صورة من قرار الإدارة بالرفض – مستند رقم "٢")**

— ١ —

Licence 31/24 - C . C . No .: 18182
Kingdom of Saudi Arabia - P.O.Box 20883 - Riyadh 11465
Tel: +966 (1) 474 0777 - Fax: +966 (1) 474 1070 - 478 5478

ترخيص رقم ٣١ / ٢٤ – عضويه الغرفه التجارية ١٨١٨٢
المملكة العربية السعودية - ص.ب ٢٠٨٨٣ - الرياض ١١٤٦٥
هاتف: ٠٧٧٧ ٤٧٤ (١) ٩٦٦+ – فاكس: ١٠٧٠ ٤٧٤ – ٤٧٨ ٥٤٧٨ (١) ٩٦٦+

www.kadasa.com.sa - info@kadasa.com.sa

AFFCO 100213



**Kadasa Law Firm**
Attorneys & Legal Advisors

كداسة للإستشارات القانونية
محامون ومستشارون قانونيون

## الأسانيد النظامية

### (أ) من حيث الشكل:

تنص المادة (١٠٣) من نظام العلامات التجارية على أنه: "لصاحب الشأن التظلم لوزير التجارة من القرار الصادر برفض طلبه خلال ستين يوماً من تاريخ إبلاغه به..." ولما كنا قد تبلغنا بالقرار المذكور بتاريخ ١٤٣٠/٢/١٤هـ، فإن الموعد النهائي لتقديم التظلم يصادف ١٤٣٠/٤/١٤هـ، مما يجعل تقديم هذا التظلم بالتاريخ أعلاه مقبولاً من الناحية الشكلية.

### (ب) من حيث الموضوع:

**أولاً:** إن العلامة المراد تسجيلها افكو هي ملك لموكلتنا شركة افكو نيوزيلاند ليمتد، وهي علامة معروفة، ومستعمله في المملكة العربية السعودية منذ أكثر من خمسة عشر عاماً وأن جميع التسجيلات التي قامت بها شركة اميركان فاين فود كورب، قد تنازلت عنها لموكلتنا طالبة التسجيل. وبموجب اتفاقية تعهد موقعة ما بين الطرفين شركة اميركان فاين فود كورب، وما بين موكلتنا شركة افكو نيوزيلاند ليمتد، تعترف بموجبها شركة اميركان فاين فود كورب، بأن العلامة افكو ملك لشركة افكو نيوزيلاند، وتتعهد بعدم استعمال العلامة افكو وإتلافت جميع مواد التعبئة الخاصة بالعلامة وتتعهد بعدم الاعتراض على تسجيل شركة افكو نيوزيلاند بعلامتها بعلامتها التجارية افكو، وبالتالي فإن سبب المنع من تسجيل علامة موكلتنا قد زال كون أن الشركة صاحبة العلامة المسجلة قد اعترفت بأن العلامة ملك لموكلتنا، وتتعهد بشطب تسجيلها بموجب الاتفاقية الموقعة منها.

**(مرفق صورة من الاتفاقية ونحن على استعداد لتقديم الأصل والترجمة في حال وصولها ـ مستند رقم "٣")**

**ثانياً:** الكلمة المرفوضة افكو هي جزء من الاسم التجاري لموكلتنا، وقد نصت اتفاقية باريس في مادتها الثامنة بأن يحمى الاسم التجاري في جميع دول الاتحاد دون الالتزام بإيداعه أو تسجيله سواء كان جزءاً من علامة صناعية أو تجارية أم لم يكن .

## الطلبات

وبناء على الأسباب أعلاه نطلب لمؤكلتنا الآتي:

١. قبول تظلمنا شكلا لتقديمه خلال المدة النظامية.

٢. إلغاء قرار المتظلم ضدها برفض طلب تسجيل علامة موكلتنا.

وتفضلوا بقبول وافر الاحترام،

أ/ش

كداسة للاستشارات القانونية

ناصر علي كداسه

— ٢ —

AFFCO 100214

بسم الله الرحمن الرحيم

١٩٠٨٥

المملكة العربية السعودية
وزارة التجارة والصناعة

العلامات التجارية

| الرقم : | ٢٨٧ |

| التاريخ : | ١٤٣٠ شوال ٢٠ |

| المرفقات : | |

| ٧ | ٠ | ٠ | ٠ | ٨ | ٧ | ٣ | ٩ | ٧ | ١ |
|---|---|---|---|---|---|---|---|---|---|

٢٦٧

السادة/كدسة للاستشارات القانونية          المحترمين

ص.ب (٢٠٨٨٣) الرياض (١١٤٦٥)

السلام عليكم ورحمة الله وبركاته:

إشارة إلى التظلم المقدم منكم بتاريخ ١٤٣٠/٤/٩هـ، بالوكالة عن شركة افكو نيوزيلاند ليمتد أمام معالي الوزير طعناً على قرار مكتب العلامات التجارية القاضي برفض تسجيل العلامة التجارية كلمة افكو بحروف لاتينية تحتها رسم نجوم اربع نجوم بالفئة (٢٩).

نفيدكم بأن معالي الوزير قد اعتمد مذكرة المستشار القانوني بمكتب معاليــه رقـــم ٥٤٣٩ وتـــاريخ ١٤٣٠/١٠/٢١هــ والمتضمن تأييد قرار مكتب العلامات القاضي برفض التسجيل ويمكنكم التظلم من قـــرار الرفض أمام ديوان المظالم خلال ثلاثين يوماً من تاريخ استلامكم هذا الخطاب طبقاً للمـــادة (٣٩) مـــن نظـــام العلامات التجارية.

ولكم خالص تحياتي،،،

مدير عام إدارة العلامات التجارية

نواف بن نايف المطيري

C:YT/TM/I000

AFFCO 100215



**K a d a s a   L a w   F i r m**
Attorneys & Legal Advisors
Trademark & Patent Agents

كـدسـة للاسـتـشـارات القـانـونية
مـحـامــون و مسـتشــارون قـانـونيــون
وكـلاء تسـجيل عـلامـات تـجاريـة وبـراءات اخـتراع

١٤٣٠/١١/٢٧هـ
٢٠٠٩/١١/١٦م

حفظه الله.

صاحب الفضيلة رئيس المحكمة الإدارية
ديوان المظالم ــ الرياض

**الموضوع: طعن في قرار رفض تسجيل علامة تجارية**

**المدعية:** شركة أفكو نيوزيلاند ليمتد ويمثلها وكالة المستشار القانوني ناصر علي كدسه وعنوانه:
ص.ب٢٠٨٨٣ الرياض ١١٤٦٥
**المدعى عليها:**
وزارة التجارة والصناعة.

نيابة عن موكلتنا شركة أفكو نيوزيلاند ليمتد ( نيوزيلاندية ) ، نتقدم لفضيلتكم بهذا الطعن في
قرار رفض تسجيل العلامة التجارية كلمة ( أفكو بحروف لاتينية تحتها رسم أربع نجوم على
مستطيل) ، المودعة تحت الرقم ( ١٣٥٤٩٨ ) بالفئة ٢٩ وذلك على النحو التالي:

**أولا: الوقائع**

١. بتاريخ ١٤٢٩/٩/٢٠هـ، تقدمت موكلتنا بطلب لتسجيل العلامة التجارية كلمة ( أفكو
بحروف لاتينية تحتها رسم أربع نجوم على مستطيل) ، المودعة تحت الرقم ( ١٣٥٤٩٨)
بالفئة ٢٩

**مرفق صورة من طلب التسجيل- مستند رقم (١).**

٢. بتاريخ ١٤٣٠/٢/٢٧ هـ، أصدرت إدارة العلامات التجارية قراراها القاضي برفض
تسجيل العلامة المذكورة بحجة تطابقها مع العلامة أفكو برقم ١٢/٦٧١ لشركة أميركان
فاين فود كورب،

**(مرفق صورة من قرار الإدارة بالرفض ــ مستند رقم (٢).**

٣- بتاريخ ١٤٣٠/٤/٩هـ تقدمت موكلتنا بتظلم لمعالي وزير التجارة و الصناعة ضد قرار
الرفض المنوه به أعلاه.

**( مرفق صورة من تذكرة المراجعة بالقيد رقم ٢١٥ مستند رقم ٣).**

٤- بتاريخ ١٤٣٠/١٠/٢٨هـ ، أصدر معالي الوزير قراره بتأييد قرار الرفض الصادر من
إدارة العلامات التجارية.

**( مرفق صورة من قرار معالي الوزير رقم ١٩٠٨٥ بالرفض- مستند رقم ٤).**

(1)

Licence 31/24 - C . C . No .: 18182
Kingdom of Saudi Arabia - P.O.Box: 20883 - Riyadh 11465
Tel.: +966 (1) 474 0777 - Fax: +966 (1) 474 1070 - 478 5478
www.kadasa.com.sa - info@kadasa.com.sa

ترخيص رقم ٣١ / ٢٤ ــ عضويه الغرفه التجاريه ١٨١٨٢
المملكة العربية السعودية ــ ص.ب ٢٠٨٨٣ ــ الرياض ١١٤٦٥
هاتـف: ٤٧٤ ٠٧٧٧ (١) ٩٦٦+ ــ فاكس: ٤٧٤ ١٠٧٠ ــ ٤٧٨ ٥٤٧٨ (١) ٩٦٦+

AFFCO 100216

x

**ثانيا: الأسانيد الشكلية و الموضوعية:**

**(١) الأسانيد الشكلية**

تنص المادة (١٣) من نظام العلامات التجارية على أنه : "لصاحب الشأن التظلم لوزير التجارة من القرار الصادر برفض طلبه خلال ستين يوماً من تاريخ أبلاغه به، <u>وإذا صدر قرار الوزير برفض التظلم كان لصاحب الشأن حق الطعن فيه أمام ديوان المظالم خلال ثلاثين يوماً من تاريخ أبلاغة به</u> ".

و لما كنا قد تبلغنا بالقرار المذكور في ٢٨ شوال ١٤٣٠ هـ و بتقديمنا لهذا الطعن في التاريخ المبين بمستهله ، يكون الطعن قد قدم خلال القيد الزمني المنصوص عليه في المادة المذكورة من نظام العلامات التجارية.

**(٢) : الأسباب الموضوعية:**

ونؤسس هذا الطعن على الأسباب الموضوعية التالية:

١) إن رفض إدارة العلامات التجارية تسجيل العلامة المذكورة عليها يخالف بصورة أساسية أحكام المادة ١ من نظام العلامات التجارية الصادر بالمرسوم الملكي رقم م/٢١ وتاريخ ١٤٢٣/٥/٢٨هـ، حيث تنص المادة المذكورة ضمن أحكام أخرى، على : تعد علامة تجارية في تطبيق أحكام هذا النظام الأسماء المتخذة شكلاً مميزاً أو الإمضاءات أو الكلمات أو الحروف أو الأرقام أو الرسوم أو الرموز أو الأختام أو النقوش البارزة، أو أي إشارة أخرى أو أي مجموع منها تكون قابلة للإدراك بالنظر وصالحة لتمييز منتجات صناعية أو تجارية أو حرفية أو زراعية أو مشروع استغلال للغابات أو ثروة طبيعية، أو للدلالة على أن الشيء المراد وضع العلامة عليه <u>يعود لمالك العلامة</u> بداعي صنعه أو انتقائه أو اختراعه أو الاتجار به، أو للدلالة على تأدية خدمة من الخدمات. فقد أثبتت موكلتنا ملكيتها للعلامة المذكورة بموجب الاتفاقية المبرمة بين المالكة للعلامة المسجلة وموكلتنا. مما يجعل القرار القاضي برفض تسجيل علامة موكلتنا مخالفاً لأحكام النظام. و نحيل فضيلتكم للحكم رقم ٧٨/د/إ/٥ لعام ١٤٢٤هـ في القضية رقم : ١٦٧٦/ق/١٤٢٣هـ لشركة ببسيكو إنك : حيث نص الحكم على أن شراء العلامة من قبل المدعية يجعل الدعوى قائمة على غير سبب صحيح. و مفهوم مخالفة ذلك أن تملك المدعية للعلامة في الحالة الراهنة يجعل دعواها قائمة على سبب صحيح.

**( مرفق صورة من الاتفاقية– مستند رقم ٥).**

٢) لم يراع القرار محل الطعن أن العلامة المذكورة تمثل الاسم التجاري لموكلتنا ، فقد نصت المادة الثامنة من اتفاقية باريس لحماية الملكية الصناعية على أن يحمى الاسم التجاري في جميع دول الاتحاد .

(2)

AFFCO 100217

x

٣) القرار المعترض عليه لم يراع التواجد المقدر لعلامة موكلتنا في السوق الـسـعوديـة ،
كما تشير إحصائيات المبيعات لموكلتنا. وهذا ينفي وقوع المستهلك في الغلط ، كما أنـه
يدل يؤكد على شهرة علامة موكلتنا. ومن وجه آخر فإن الاتفاقية المشار إليها تتعهد فيها
المالكة المسجلة بعدم الاعتراض على تسجيل علامة موكلتنا في أي دولة. وبالتالي ينتفي
أي مبرر يتعلق بالمستهلك أو بمالكة العلامة لتتم حمايتهما بمنع تسجيل موكلتنا ، فالأحرى
تسجيل علامتها وفقاً للقواعد الشرعية التي تقرر أن دواعي التسجيل أولى بالاعتبار مـن
دواعي منع التسجيل لأن الأصل في الأشياء الإباحة الأصلية إلا ما ورد نص بتحريمه.
ومن ناحية ثالثة فإن منع التسجيل في أغلب الحالات مرتبط بالحط من منتجات الآخرين و
هذا الوضع غير متحقق في الحالة موضوع هذا الطعن بسبب أتفاق الشركة مالكة العلامة
المسجلة و موكلتنا. و نحيل فضيلتكم للحكم

## رابعا: الطلبات

بناء على ما تقدم، تلتمس موكلتنا من فضيلتكم إحالة هذه اللائحة إلى إحدى الدوائر الإدارية للحكم
لها بما يلي:

١ . قبول هذا الطعن من حيث الشكل لاستيفائه كافة الأوضاع المطلوبة شكلا بتقدمه ضـمـن
المهلة المحددة نظاماً.

٢ . إلغاء قرار إدارة العلامات التجارية برفض تسجيل العلامة العلامة
التجارية كلمة ( أفكو بحروف لاتينية تحتها رسم أربع نجوم على مستطيل) ،
المودعة تحت الرقم ( ١٣٥٤٩٨ ) بالفئة ٢٩

والله الموفق لإحقاق الحق والعدل،،

كدسه للاستشارات القانونية

[؟] ناصـر علي كدسه

(3)

AFFCO 100218

بسم الله الرحمن الرحيم

المملكة العربية السعودية

شهادة تسجيل علامة تجارية

وزارة التجـــارة

ادارة تسجيل العلامات التجارية

| | |
|---|---|
| الرقم : | ١٢/٦٧١ |
| التاريخ : | ١٤٢٤/١/١٢ |

رسم العلامة التجارية



صاحب العلامة التجارية : امريكان فابن فود كورب . ــ امريكية

عنوانه : ٢٨٤١ نورث ويست ١٠٧ افنيو ، ميامي ، فلوريدا ٣٣١٧٢ ، امريكا

وصف العلامة ومميزاتها : كلمة (افكو) بحروف عربية ولاتينية على شريط متموج
كما بالشكل الموضح

بيان أنواع البضائع التي خصصت لها العلامة التجارية

اللحوم والاسماك ولحوم الدواجن والصيد ، خلاصات اللحم ، فواكه وخضروات محفوظة ومعلبة ومجففة ومجمدة ومطهوة ، هلام (جيلي) ومربيات
وفواكه مطبوخة بالسكر ، البيض واللبن ومنتجات الالبان ، الزيوت والدهون المعدة للاكل ، المخرين والزبدة والسمن والزبدة والطماطم المقشرة
والمعلبة . فئة ٢٩

ان العلامة التجارية الموضحة اعلاه قد سجلت بادارة العلامات التجارية بالمملكة العربية السعودية بالسجل رقم ٦٧١ في
صفحة ١٢ بتاريخ ١٤٢٤/٠١/١٢ وذلك لوضعها على البضائع المبينة اعلاه ليكون لصاحبها حق التمتع بحمايتها بموجب نظام العلامات التجارية
المعمول به في المملكة العربية السعودية لمدة عشر سنوات .
تبدأ من تاريخ ١٤٢٣/١/١٣ هـ الى تاريخ ١٤٣٣/١/١٢ هـ ولما ذكر حرر .

تنبيه : يلزم ختم رسم العلامة التجارية المبينة أعلاه بخاتم الادارة الرسمي .

AFFCO 100219

*x*

Kadasa Law Firm
Attorneys and Legal Advisors
Trademark & Patent Agents

Date: 20/9/1429H [September 20, 2008]

TO:      His Excellency the Trademark Agency Director

**SUBJECT: Application to Register a Trademark**

May the Peace, Blessings, and Mercy of Allah be upon you.

Please find attached our application form to register the following trademark:

The word "AFFCO" [أفكو] in Latin letters under a graphic with four arrows on a rectangle, as shown in the illustrative graphic. Category 29

AFFCO

For the company: AFFCO NEW ZEALAND LIMITED

All necessary documentation is provided. We hope that instructions are given to pertinent parties for the necessary action.

Please accept our warmest regards.

Legal Advisor
[Signature]
Nasir Ali Kadasa

Attachments:
1.   Application Form
2.   10 photos of the trademark
3.   Copy of the power of attorney

135498

License 31/24 Chamber of Commerce No. 18182
Kingdom of Saudi Arabia, PO Box 20883, Riyadh 11465
Tel: +966 (1) 474 0777 – Fax: +966 (1) 474 1070 – 478 5478
www.kadasa.com.sa  -  info@kadasa.com.sa

AFFCO 100220

*x*

Kingdom of Saudi Arabia
Ministry of Trade and Industry          In the name of Allah
Trademark Agency          Trademark Registration Application

**DATA ON APPLICANT AND DESCRIPTION OF TRADEMARK**

Applicant's Name:  AFFCO NEW ZEALAND LIMITED

Applicant's Address: Affco Head Office, State Highway 1, Horotiu
         Waikato, New Zealand

Nationality of Applicant: New Zealand



Description of Trademark: The work AFFCO [أفكو] in Latin letter with
         Four stars under it on a rectangle, as shown in the illustrative graphic.

**NAME AND ADDRESS OF AGENT IN SAUDI ARABIA FOR RECEIPT OF DOCUMENTATION RELATED TO TRADEMARK REQUEST:**

Legal Advisor Nasir Ali Kadasa – Kadasa Law Firm
PO Box 20883, Riyadh 11465, Tel: +966-1-4742474, Fax: +966-1-4761

Priority right to register the trademark (if present):

Date of application submission: [no entry]    Number: [no enty]   Country in which application was made: [no entry]

Data on products and services and their category (29):

Meat and meat products; milk and other daily products, oils and fats prepared for human consumption (Category 29).

I hereby apply for the trademark as shown above and declare that it is original and not copied or transferred from any trademarks owned by any other party.

Applicant: Legal Advisor Nasir Ali Kadasa          Capacity: Agent
Signature: [Signature]          Date: 20/9/1429H {September 20, 2008}

AFFCO 100221

*x*

In the Name of Allah, the Merciful, the Compassionate

*Afco New Zealand*

Kingdom of Saudi Arabia                    Number:  28/2450
Ministry of Trade and Industry             Date:     7 Safr 1430H [February 2, 2009]

*7/2/1430  ⟶ 2/2/2009*
*7/4/1430  ⟶ 4/4/2009*

TO:      Kadasa Legal Advisors
         P.O. Box 20883, Riyadh 11465

May the blessings and peace of Allah be upon you:

Regarding you application as agent for AFFCO NEW ZEALAND Ltd to register the trademark "AFFCO" in Latin letters with four stars underneath, submitted as No. 135498 (Category 29).

This application is denied because of its similarity to the AFFCO trademark No. 12/671 registered by the American Fine Foods Corp, based on Article 2.l of the Commercial Trademark Law.

You may appeal this decision to the Minister of Trade and Industry within sixty days form your date of receipt of this notice, according to Article 13 of the Commercial Trademark Law.
*Initials*

Sincerely,

General Director of the Trademark Agency
[Signature]
Nuwaf Bin Nayf al-Mutairi

C:INTER/TM/1004

Address: Ministry of Trade and Industry: The Square at King Abdul Aziz Road, Riyadh, Postal Code 11162, Phone: 4012222

AFFCO 100222

*x*

Kadasa Law Firm
Attorneys and Legal Advisors
Trademark & Patent Agents

Date:   9/4/1430H
April 5, 2009

TO:   His Excellency the Minister of Trade and Industry
Ministry of Trade and Industry, Riyadh

**Appellant:**  AFFCO NEW ZEALAND LTD, represented by legal advisor Nasir Ali Kadasa
Address: PO Box 20883, Riyadh

**Appellee:**   Trademark Agency, Ministry of Trade and Industry

**SUBJECT:**   Appeal of decision to reject the following trademark: the word (AFFCO in Latin letters with a graphic of four stars on a rectangle underneath), submitted as No. 135498 in Category 29 under the name: AFFCO New Zealand Limited.

FACTS:

1.  On 20/9/2008H [September 20, 2008], our client submitted an application to register the trademark the word (AFFCO in Latin letters with a graphic of four stars on a rectangle underneath) in Category 29.  The application was recorded as No. 135498.

**(Copy of application – Document #1 – attached)**

2.  On 7/2/1430H [February 2, 2009], the Trademark Agency issued its ruling denying the aforementioned trademark on the pretext that it corresponding with the AFFCO trademark registered as No. 12/671 by the American Fine Foods Corp., based on Article 2.l of the Commercial Trademark Law.

**(copy of Agency Ruling Denying the Application – Document 2 – attached)**

**1**

License 31/24 Chamber of Commerce No. 18182
Kingdom of Saudi Arabia, PO Box 20883, Riyadh 11465
Tel: +966 (1) 474 0777 – Fax: +966 (1) 474 1070 – 478 5478
www.kadasa.com.sa  -  info@kadasa.com.sa

AFFCO 100223

*x*

Kadasa Law Firm
Attorneys and Legal Advisors
Trademark & Patent Agents

**Legal Support**

A.   Regarding Form

Article 13 of the Commercial Trademark Law stipulates that "an interested party may appeal a decision to deny an application before the Minister of Trade and Industry within 60 days from receiving notice thereof . . ." Whereas we were informed of the aforementioned decision on 14/2/1430H [February 9, 2009], the last date to submit an appeal corresponds to 14/4/1430H [April 10, 2009].  Therefore, this appeal is formally acceptable.

B.   On the Substance:

1.   The trademark to be registered, "AFFCO," is the property of our client, AFFCO New Zealand, Ltd. This trademark has been known and used in the Kingdom of Saudi Arabia for over fifteen years. All of the trademarks registered by the American Fine Foods Corp has been assigned to our client, in accordance with an agreement signed by both parties. In this agreement, American Fine Foods Corp. acknowledges that the trademark "AFFCO" is the property of AFFCO New Zealand, Ltd.  It pledges not to use this trademark and destroy any packaging material bearing this trademark.  It pledge not to obstruct the registration by AFFCO New Zealand, Ltd of the trademark "AFFCO."  **Therefore, the cause for preventing the registration of our client's trademark no longer exists, since the company that owned the registered trademark has acknowledged that trademark is our client's property.  It promises to delete the trademark according to the signed agreement.**

   **[Copy of agreement attached, we are prepared to provide the original copy and translation when available.]**

2.    The denied word "AFFCO" is part of our client's trade name.  The Paris Convention, in Article 8, stipulates that the trade name is protected in all countries of the convention, without need for deposit or registration, regardless of whether it is part of an industrial or trade mark.

Requests

Based on the foregoing, our client requests the following:

1.   Accept this appeal formally as submitted within the prescribed period.
2.   Revoke the appealed decision to deny our client's trademark registration.

Please accept our warmest regards,

SH

Kadasa for Legal Consulting
[Signature]
Nasir Ali Kadasa

AFFCO 100224

*x*

|  |  |
|---|---|
| Kingdom of Saudi Arabia | No.    28/19085 |
| Ministry of Trade and Industry | Date:   28 Shawal 1430H [October 17, 2009] |
| Trademarks | Attach: [no entry] |
| 267 | 7000873971 |

TO:   Kadasa for Legal Consulting
        P.O. Box 21883, Riyadh, 11465

May the blessings and mercy of Allah be upon you,

In reference to your appeal presented on 9/4/1430H [April 5, 2009] as agent for the AFFCO New Zealand, Ltd. Company before his Excellency the Minister of Trade and Industry, objecting to the decision by the Trademark Office to deny the trademark registration of the word "AFFCO" in Latin letters, with four stars underneath, in category 29.

We would like to inform you that his Excellency the Minister has approved Memorandum No. 5439, dated 21/10/1430H [October 10, 2009] from the legal consultant in his office, which supports the decision by the Trademark Office to deny the registration.  You may appeal this decision before the Grievance Board within 30 days from your date of receipt of this notice, according to Article 13 of the Commercial Trademark Law.

Kind regards,

General Manager of the Trademark Agency
[Signature]
Nawaf Bin Naif al-Mutairi

C:YT/TM/1000

Address: Ministry of Trade and Industry: al-Milz – Omar Bin al-Khatab Road, North of the Train Station – Riyadh – Postal Code 11127 – Tel: 4776666

AFFCO 100225

*x*

Kadasa Law Firm
Attorneys and Legal Advisors
Trademark and Patent Agents

27/11/1430H
November 16, 2009

TO:      His Honor Chief Justice of the Administrative Court
         Grievance Board – Riyadh

### SUBJECT: Appeal of Denial to Register Trademark

**Appellant:**     AFFCO New Zealand Ltd., represented by legal advisor Nasir Ali Kadasa, address:
                   P.O. Box 20883, Riyadh 11465

**Appellee:**      Ministry of Trade and Industry

On behalf of our client, AFFCO New Zealand Ltd. (New Zealand), we present Your Excellency with this appeal of the ruling to deny the registration of the following trademark: The word "AFFCO" in Latin letters with four stars underneath placed on a rectangle.  This was submitted as Application No. 135498 in Category 29, as follows:

**Facts:**

1.  On 20/9/2008H [September 20, 2008], our client submitted an application to register the trademark the word (AFFCO in Latin letters with a graphic of four stars on a rectangle underneath) in Category 29.  The application was recorded as No. 135498.

                           **(Copy of application – Document #1 – attached)**

2.  On 7/2/1430H [February 2, 2009], the Trademark Agency issued its ruling denying the aforementioned trademark on the pretext that it corresponding with the AFFCO trademark registered as No. 12/671 by the American Fine Foods Corp., based on Article 2.l of the Commercial Trademark Law.

                           **(Copy of Agency Ruling Denying the Application –
                           Document 2 – attached)**

3.  On 9/4/1430H [April 5, 2009], our client present its appeal of this ruling to the Minister of Trade and Industry.

                           **(Copy of Memorandum, Ref. No. 215, Document 3 –
                           attached)**

4.  On 28/10/1430H [October 17, 2009], his Excellency the Minister issued a ruling to confirm the ruling by the Trademark Agency.

                           **(Copy of Ruling by his Excellency the Minister, No.
                           19085, Denial – Document 4  - attached)**

*x*

Formal and Substantive Legal Support:

1.   Formal Support:

Article 13 of the Commercial Trademark Law stipulates that "an interested party may appeal a decision to deny an application before the Minister of Trade and Industry within sixty days from the date of receipt thereof, <u>and if the Ministry denies the appeal, the interested party has the right to appeal before the Grievance Board within thirty days from the date of notice."</u>

Whereas we were informed of the aforementioned decision on 28 Shawwal 1430H, and we presented this appeal on the date indicated in the header, the appeal was submitted within the time limits prescribed by the aforementioned article from the Commercial Trademark Law.

2.   On the Merits:

We base this appeal on the following reasons:

1.   The decision by the Trademark Agency to deny the registration of the aforementioned trademark is in fundamental violation of Article 1 of the Commercial Trademark Law, issued by Royal Decree No. 21/m, dated 28/5/1423H.  The article stipulates, among other provisions: "A trademark, in the application of this law, as names that take a specific form, signatures, words, letters, numbers, graphics, symbols, seals, or distinct sculpture, or any other reference or group thereof, that allows recognition on sight to distinguish the industrial, commercial, professional, agricultural products of projects to exploit forests or natural resources, or to indicate to anything upon which a trademark may wish to be placed, <u>are the property of the trademark owner</u>, and are his choice to make, select, create, or commercialize. The trademark may be an indication of services offered.  Our client has proven that it owns the trademark, according to an agreement between the owner of the registered trademark and our client. We refer your honor to the 1423H ruling in Case No. 1423/Q/1676 for the PepsiCo, Inc. Company.  The ruling states that the purchase of the trademark by the plaintiff makes the case without cause.  On the concept of violation, the Appellant's ownership of the trademark in the current case make its case with just cause.

(Copy of agreement – Document No. 5)

2.   The appealed decision did not consider that the aforementioned trademark is the trade name of our client.  Article 2 of the Paris Convention on Protection of Industrial Property stipulates that the trade name shall be protected in all signatory countries.

(2)

AFFCO 100227

*x*

3. The appealed decision did not regard the estimation of our client's trademark in the Saudi market, as shown in our client's sales statistics. This negates the possibility of the consumer being confused.  It also confirms the renown of our client's trademark.  From another aspect, the aforementioned agreement stipulates that the owner of the registered trademark will not object to our client's registration of the trademark in any country.  Therefore, any rationale based on protecting the consumer or the trademark owner is negated.  Granting the registration is more appropriate from the viewpoint of Sharia, since it determines that arguments for registration come before the arguments to prohibit it, because of the rule that things originally disclosed take precedent unless there is text to prohibit it.  From a third aspect, in most cases, denial is tied to a line of other products.  This situation does not exist in the appealed case, because of the agreement between the registered trademark owner and our client.   We defer to your honor for judgment.

4. Requests:

Based on the foregoing, our client requests that your honor refer this memorandum to one of the administrative agencies for judgment as follows:

1. Accept this appeal formally, since it complies with all formal requirements since it was submitted with the regulatory time frame.

2. Revoke the decision by the Trademark Agency to deny the trademark registration of the word "AFFCO" with four stars underneath on a rectangle, submitted as No. 135498, Category 29.

Allah oversees the achievement of truth and justice

Kadasa Legal Advisors
[Signature]
Nasir Bin Kadasa

AFFCO 100228

*x*

In the Name of Allah

The Kingdom of Saudi Arabia

Ministry of Trade   Certificate of Trademark Registration

Trademark Registration Agency

No.      12/671

Date:   12/1/1423H [March 14, 2003]



Trademark Owner:      American Fine Foods Corp.

Address:                     2841 Northwest, 107 Avenue, Miami,
                                      Florida 33172, USA

Distinguishing marks of the trademark : the word "AFFCO" in
Latin and Arabic letters on an undulating tape, as shown in the
illustration.

Type of Products for which this Trademark is Used

Meat, fish, poultry, venison, meat byproducts, fruit, vegetables, preserved, contained, dehydrated,
frozen, and cleaned; jellies, jams, and fruit cooked in sugar; eggs, cheese, and dairy products; oils and
fats for human consumption; margarine, butter, ghee, and crushed and cooked tomatoes.  Category 29.

The commercial trademark shown above was registered by the Commercial Trademark Agency in the
Kingdom of Saudi Arabia as No. 671 on page 12, on 12/1/1423H [March 14, 2003], so that it may be
placed on the commodities listed above.  The owner is hereby protected according to trademark law
currently in force in the Kingdom of Saudi Arabia for ten years, as of 12/1/1423H (March 14, 2003] until
12/1/1433H [December 7, 2011].  As drafted.

[Seal and Signature]

Note: The Trademark stamp fee shown above must be with the seal of the official agency.

AFFCO 100229

430 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: March 29, 2012

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the documents received by this office.

The documents are designated as:

- Affco KSA- Application to Register a Trademark

Susan Curl, Project Manager in this company, certifies that William Tierney, who translated these documents, is fluent in Arabic and standard North American English and qualified to translate.  Susan Curl attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Susan Curl

Accurate Translation Services 24/7

AFFCO 100230