**PLAINTIFF'S EXHIBIT 6**



**LADAS & PARRY** LLP
INTELLECTUAL PROPERTY LAW

5670 WILSHIRE BOULEVARD, SUITE 2100
LOS ANGELES, CALIFORNIA 90036-5679
TELEPHONE: 323.934.2300
TELEFAX: 323.934.0202
E-MAIL: LA_MAIL@LA.LADAS.COM
WEB: WWW.LADAS.COM

MAVIS S. GALLENSON
M. IRIS HESS
HUGH R. WOTHERSPOON*
ROBERT POPA
ELIZABETH A. LINFORD
STERLING W. CHANDLER**
LEE W. TOWER
BRIAN J. CASH
JERRY A. CRANDALL

OF COUNSEL:
RICHARD P. BERG
KAM C. LOUIE

EPO PRACTITIONER:
LAURENT P. LUSINCHI
HUGH R. WOTHERSPOON

UK PRACTITIONER:
HUGH R. WOTHERSPOON

*ADMITTED IN NEW YORK ONLY
**ADMITTED IN LOUISIANA ONLY

June 5, 2009

Autondria S. Minor, Esq.                                VIA E-MAIL
Schmeiser, Olsen & Watts LLP                    aminor@iplawusa.com
22 Century Hill Drive, Suite 302                        VIA FACSIMILE
Latham, New York, 12110                                   518-220-1857

Re:   Trademark: AFFCO
      Undertaking (Settlement Agreement) dated January 10, 2006
      Between Affco New Zealand Limited and American Fine Foods Corporation
      Our Reference: MM2590/MIH:las

Dear Ms. Minor:

This will refer to our previous telephone discussions and correspondence regarding the above matter.

Our client has informed us that the American Fine Foods Saudi Arabian registration has not yet been amended to exclude meat and meat products, as required by the parties' Undertaking dated January 10, 2006. We have also not received your client's confirmation that it has similarly amended its registrations and applications for the trademarks AFFCO or AFF in other countries pursuant to the Undertaking.

Please confirm by no later than June 12, 2009 that American Fine Foods has completed the amendment of their Saudi Arabian registration, as well as all other amendments required pursuant to the Undertaking. We appreciate your courtesy in this matter and look forward to your early reply.

Very truly yours,
LADAS & PARRY

M. Iris Hess

MIH:las