**PLAINTIFF'S EXHIBIT 7**



# SCHMEISER, OLSEN & WATTS LLP
### PATENTS, TRADEMARKS & COPYRIGHTS

22 CENTURY HILL DRIVE, SUITE 302, LATHAM, NEW YORK 12110
Tel 518-220-1850 ❖ Fax 518-220-1857 ❖ NY@iplawusa.com ❖ www.iplawusa.com

June 19, 2009



Ms. Iris Hess
Ladas & Parry LLP
5670 Wilshire Boulevard
Suite 2100
Los Angeles, CA 90036

Re:   U.S. Trademark Application Serial No.: 76/463,007
      Filing Date: September 24, 2002
      Mark: AFFCO and Design
      Our Ref: AMER-3552

Dear Iris:

This letter is in response to the email of June 18, 2009 from Elizabeth Linford and the letter of June 12, 2009 from you. We have been awaiting a response from our attorneys in Saudi Arabia regarding this matter. We will provide a supplemental response to your letter of June 12, 2009 as soon as we receive communications from our attorneys in Saudi Arabia.

Should you have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

SCHMEISER, OLSEN & WATTS

Autondria S. Minor, Attorney
*aminor@iplawusa.com*

cc:   Elizabeth Linford

---

MESA, ARIZONA ❖ SAN FRANCISCO, CALIFORNIA ❖ WASHINGTON, D.C.