**PLAINTIFF'S EXHIBIT 8**

# SCHMEISER, OLSEN & WATTS LLP

PATENTS, TRADEMARKS & COPYRIGHTS

ALBERT L. SCHMEISER
ARLEN L. OLSEN, MS
JACK P. FRIEDMAN, Ph.D.
KHOI D. NGUYEN*
TALLIE J. RUSSELL*
JAMES M. SYTA
JONATHAN MADSEN
S. KEA ENOS*
AUTONDRIA S. MINOR
JEFFREY D. WASHVILLE*
ANTHONY M. PALAGONIA †
DAVID E. ALLRED †
MARK J. FRIEDMAN †

3 LEAR JET LANE, SUITE 201
LATHAM, NEW YORK 12110
(518) 220-1850
FACSIMILE (518) 220-1857
www.iplawusa.com
E-MAIL - NY@iplawusa.com

OTHER OFFICES

1750 MONTGOMERY STREET
SAN FRANCISCO, CA 94111
(415) 773-5310
FACSIMILE (415) 954-8598
E-MAIL - CA@iplawusa.com

18 E. UNIVERSITY DRIVE
SUITE 101
MESA, ARIZONA 85201
(480) 655-0073
FACSIMILE (480) 655-9536
E-MAIL - AZ@iplawusa.com

OF COUNSEL

CHARLES T. WATTS ††
KRISTEN L. ASHDOWN
JUDITH G. SHELLING, Ph.D. *
JOSEPH A. BRUCE *

*   Other than NY Bar
†   Patent Agent
††  Retired

DIRECTOR OF ADMINISTRATION

JOYCE PATRICK-BAI, MS

PARALEGALS

LISA A. MOLLOY
KIMBERLY A. DWILESKI
GINA N. THOMAS

[Stamp: LADAS & PARRY MAR 1 6 2006 RECEIVED L.A. OFFICE]

March 13, 2006

Ms. Elizabeth Linford
Ladas & Parry LLP
5670 Wilshire Boulevard
Suite 2100
Los Angeles, CA 90036

Re:   U.S. Trademark Application Serial No.: 76/463,007
      Filing Date: September 24, 2002
      Mark: AFFCO and Design
      Our ref: AMER-3552

Dear Ms. Linford:

This letter is in response to the letter of March 8, 2006 from Elizabeth Linford regarding a request for a written confirmation pursuant to section E(5) of the Undertaking. This letter confirms that American Fine Food Corp. has destroyed of all packaging, advertising and promotional materials of any kind bearing the trademark AFFCO for meat and meat products. With respect to the destruction of any existing inventory of products comprising or containing meat, fowl or fish, American Fine Foods Corp. does not have any existing inventory of products comprising or containing meat, fowl or fish.

Should you have any concerns, please feel free to contact us.

Very truly yours,

SCHMEISER, OLSEN & WATTS

Autondria S. Minor
aminor@iplawusa.com