UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| **AFFCO NEW ZEALAND, LTD.,** a Foreign corporation <br><br> Plaintiff, <br><br> vs. <br><br> **AMERICAN FINE FOODS CORP.,** a US corporation <br><br> Defendant. | : 12-CV-21325 <br> : <br> : Judge King <br> : |

### ORDER ON PLAINTIFF'S "14 DAY MOTION FOR EXTENSION OF TIME TO FILE JURISDICTIONAL BRIEF PER ORDER OF DECEMBER 20, 2012"

THIS MATTER having come before the Court upon Plaintiff AFFCO New Zealand, Ltd.'s "14 Day Motion for Extension of Time to File Jurisdictional Brief Per Order of December 20, 2012,'" and the Court being otherwise fully advised in the premises, and Defense counsel agreeing to this fourteen day extension, it is

ORDERED AND ADJUDGED that Plaintiff AFFCO New Zealand, Ltd.'s "14 Day Motion for Extension of Time to File Jurisdictional Brief Per Order of December 20, 2012" is:

GRANTED, and that Plaintiff may file its brief and legal memorandum up to and including January 23, 2013.

DONE AND ORDERED in Chambers, Dade County, Miami, Florida, this 7 day of January 2013.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:

All counsel of Record