**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| **AFFCO NEW ZEALAND, LTD.**, a Foreign corporation | : : : : | 12-21325-CIV-KING |
| Plaintiff, | : : | |
| vs. | : : : | |
| **AMERICAN FINE FOODS CORP.**, a US corporation | : : : | |
| Defendant. | : : | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, AFFCO New Zealand, Ltd. (hereafter "AFFCO") by its counsel Jamerson & Sutton and Ladas & Parry LLP, hereby files this Joint Notice of Settlement and state the following:

1. Plaintiff's counsel and Defendant's counsel have discussed this matter at length.

2. Settlement negotiations were undertaken, and a settlement has been reached in this matter.

3. In light of scheduling requirements by this Court, the parties would like to advise the Court of the Settlement in this matter.

4. The proper documents will be filed with this Court upon completion.

                Case 12-21325-CIV-KING
   AFFCO New Zealand, Ltd. v. American Fine Food Corp.

Dated: May 2, 2013

                        Respectfully submitted,

                       /s/ __John O. Sutton__

                          John O. Sutton, Esq.
                         Florida Bar. No. 245380
                       john@jamersonsutton.com
                       JAMERSON & SUTTON LLP
                     2655 Le Jeune Road, PH-II
                       Coral Gables, FL 33134
                          Tel: (305) 448-1295
                          Fax: (305) 446-5236
                         Counsel for Plaintiff

Of Counsel:

David C. Brezina
Burton S. Ehrlich
Ladas & Parry LLP
224 S Michigan Ave.
Suite 1600
Chicago, IL 60604
(312) 427-1300

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on May 2, 2013, on all counsel or parties of record on the Service list below.

Dated: May 2, 2013                                                            /s/ __John O. Sutton__

## SERVICE LIST

**David C. Brezina**
Ladas & Parry, LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604                                      representing
312-427-1300
dbrezina@ladas.net
  *Assigned: 05/09/2012*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**AFFCO New Zealand, Ltd.**
State Highway 1
Horotiu, Waikato
New Zealand
*(Plaintiff)*

**Burton S. Ehrlich**
Ladas & Parry
224 S Michigan Avenue
Suite 1200
Chicago, IL 60604                                      representing
312-427-1300
burtone@ladas.net
  *Assigned: 05/09/2012*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**AFFCO New Zealand, Ltd.**
State Highway 1
Horotiu, Waikato
New Zealand
*(Plaintiff)*

**Autondria S. Minor**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302                                                      representing
Latham, NY 12110
518-220-1850
aminor@iplawusa.com

**American Fine Food Corp.**
M12
2335 N.W. 107th Ave
Miami, FL 33172
*(Defendant)*

*Assigned: 06/06/2012*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

**Arlen L. Olsen**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Latham, NY 12110
518-220-1850
480-655-9536 (fax)
aolsen@iplawusa.com
 *Assigned: 06/06/2012*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**American Fine Food Corp.**

M12
2335 N.W. 107th Ave
Miami, FL 33172
*(Defendant)*

**William Rafael Trueba, Jr.**
Espinosa | Trueba PL
3001 SW 3rd Avenue
Miami, FL 33129
305-854-0900
305-285-5555 (fax)
wtrueba@etlaw.com
 *Assigned: 09/20/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**American Fine Food Corp.**

M12
2335 N.W. 107th Ave
Miami, FL 33172
*(Defendant)*