UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21325-CIV-KING

AFCO NEW ZEALAND, LTD,

    Plaintiff,

v.

AMERICAN FINE FOOD CORP,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came on for consideration upon the parties' Notice of Settlement (D.E. #58), filed on May 2, 2013. The Court, having considered the record and being fully advised in the premises, finds and concludes that the Joint Notice of Settlement be and the same is hereby Approved and that the action should be dismissed with prejudice. Additionally, the Court hereby retains jurisdiction to enforce the terms of the settlement agreement. Accordingly, it is

ORDERED and ADJUDGED that the above-styled action is hereby DISMISSED WITH PREJUDICE . All unresolved motions in this case are hereby **denied as moot**.

    1.    The Pretrial and Trial currently set are hereby cancelled.

    2.    All Discovery and Motions Deadlines are hereby cancelled.

    3.    The clerk shall close this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 3rd day of May, 2013.

```
_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
```

cc:

**Burton S. Ehrlich**
Ladas & Parry
224 S Michigan Avenue
Suite 1200
Chicago, IL 60604
312-427-1300
Email: burtone@ladas.net

**David C. Brezina**
Ladas & Parry, LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604
312-427-1300
Email: dbrezina@ladas.net

**John Otto Sutton**
Jamerson Sutton & Surlas
2655 Le Jeune Road
Penthouse 2
Coral Gables, FL 33134
305-448-1295
Fax: 446-5236
Email: john@jamersonsutton.com
***Counsel for Plaintiff***

**Arlen L. Olsen**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Latham, NY 12110
518-220-1850
Fax: 480-655-9536
Email: aolsen@iplawusa.com

**Autondria S. Minor**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Lathan, NY 12110
518-220-1850
Email: aminor@iplawusa.com

**William Rafael Trueba , Jr.**
Espinosa | Trueba PL
3001 SW 3rd Avenue
Miami, FL 33129
305-854-0900
Fax: 305-285-5555
Email: wtrueba@etlaw.com
***Counsel for Defendant***